.. FILED¯

1   Nilab N. Rahyar (State Bar No. 272810)
    nnrahyar@jonesday.com
2   JONES DAY
    3161 Michelson Drive, Suite 800
3   Irvine, CA 92612.4408
    Telephone: (949) 851-3939
4   Facsimile: (949) 553-7539

2013 SEP 20  PM 2: 19

CLERK U.S. DISTRICT COURT.
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

5   Attorneys for Defendant
    CONSUMERINFO.COM, INC

6

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10                EASTERN DIVISION

11      ED  CV 13 = 01712 VAP(DTBx)

12  DEON THOMAS,

13          Plaintiff,              CASE NO.

14      v.                          DEFENDANT
                                    CONSUMERINFO.COM, INC.'S
15  CONSUMERINFO.COM, INC.,         NOTICE OF REMOVAL OF
                                    ACTION PURSUANT TO 28
16          Defendant.             U.S.C. §1331, 1441, AND 1446

17                                  [FEDERAL QUESTION]

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19      Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant ConsumerInfo.Com, Inc.

20  ("CIC") hereby files a Notice of Removal for the above-captioned action to this

21  Court.

22      In further support of this Notice, CIC states:

23      1.      CIC, is a named Defendant in Civil Action No. MVS 1303037 filed in

24  the Superior Court of the State of California, County of Riverside, Small Claims

25  Division (the "State Court Action").

26      2.      The Complaint in the State Court Action was filed with the Clerk of

27  the Superior Court of the State of California, County of Riverside on August 23,

28

IRI-55348v1

NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

1    2013. Defendant CIC is the only defendant and was served with the Complaint on

2    September 10, 2013.

3        3.    This Notice is being filed with this Court within thirty (30) days after

4    Defendant CIC received a copy of Plaintiff's initial pleadings setting forth the

5    claims for relief upon which Plaintiff's action is based.

6        4.    Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a true

7    and correct copy of all substantive records and proceedings from the state court.

8        5.    Pursuant to 28 U.S.C. § 1446(d), CIC shall file a copy of this Notice of

9    Removal with the clerk of the State Court Action, and shall serve Plaintiff through

10   his attorney of record in the State Court Action with this Notice promptly after its

11   filing.

12       6.    The claims of relief against CIC alleged in the State Court Action arise

13   under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u. Thus, this court has

14   original subject matter jurisdiction over the above-captioned action pursuant to 28

15   U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly

16   be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and

17   (b).

18       7.    Defendant CIC does not waive any defense to the Complaint,

19   including but not  limited to lack of service, improper service, or lack of personal

20   jurisdiction.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

IRI-55348v1                                    2

1    WHEREFORE, CIC notices the removal of this case to the United States

2   District Court for the Central District of California pursuant to 28 U.S.C. §1441 *et*

3   *seq*.

4   Dated:          September 20, 2013          JONES DAY

5

6                                              By:

7                                                 Nilab N. Rahyar

8                                              Attorneys for Defendant
                                               CONSUMERINFO.COM, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

09-06-13   12:13Pm

## SC-100 — Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

AUG 23 2013

D. Sehler

*Fill in court name and street address:*
Superior Court of California, County of
**RIVERSIDE**

Moreno_Valley

13800 Heacock St., D-201,
Moreno Valley, CA 92553

*Clerk fills in case number and case name:*
**Case Number:**
MVS 1303037
**Case Name:**
Thomas vs. Consumerinfo.com, Inc.

---

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 9-26-13 | 8am | MV1 | |
| 2. | | | | |
| 3. | | | | |

Date: AUG 23 2013   Clerk, by _____ SEHLER _____ , Deputy

---

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff,* to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court**
(Small Claims)

 SC-100, Page 1 of 5 →



Plaintiff *(list names)*: Deon Thomas

Case Number:

MVS 1303037

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**
Name: Deon Thomas                                           Phone: (951) 413-9071

Street address: 14626 Red Gum St.          Moreno Valley          CA          92555
                 *Street*                          *City*                          *State*          *Zip*

Mailing address *(if different)*: _____
                               *Street*                          *City*                          *State*          *Zip*

**If more than one Plaintiff, list next Plaintiff here:**
Name: _____                                           Phone: (___)

Street address: _____
                 *Street*                          *City*                          *State*          *Zip*

Mailing address *(if different)*: _____
                               *Street*                          *City*                          *State*          *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*
☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

**(2) The Defendant (the person, business, or public entity being sued) is:**
Name: Consumerinfo.com,Inc.                                 Phone: (___)

Street address: 475 Anton Blvd          Costa Mesa          CA          92626
                 *Street*                          *City*                          *State*          *Zip*

Mailing address *(if different)*: _____
                               *Street*                          *City*                          *State*          *Zip*

**If more than one Defendant, list next Defendant here:**
Name: _____                                           Phone: (___)

Street address: _____
                 *Street*                          *City*                          *State*          *Zip*

Mailing address *(if different)*: _____
                               *Street*                          *City*                          *State*          *Zip*

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*
☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

**(3) The Plaintiff claims the Defendant owes $ 5000.00** _____ . *(Explain below):*
  a. Why does the Defendant owe the Plaintiff money? See details of complaint Attachment 1,
    plus exhibit A-1, $1000.00 per violation occurance, total of 5 x $1000 = $5000.00

  b. When did this happen? *(Date):* ~~May 20 & 30/12~~ December 18, 28, 30/12, January 4, 18, 30, 2013
    If no specific date, give the time period: *Date started:* _____ *Through:* _____
  c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*
    money owed to Plaintiff is pursuant to 15 U.S.C. 1681n Fair Credit Reporting Act (FCRA)

☑ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

**Plaintiff's Claim and ORDER**
**to Go to Small Claims Court**
**(Small Claims)**

Plaintiff *(list names):* Deon Thomas

Case Number:

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
*If no, explain why not:* _____

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area *(check the one that applies):*

a. ☑ (1) Where the Defendant lives or does business.   (4) Where a contract (written or spoken) was made,
     (2) Where the Plaintiff's property was damaged.        signed, performed, or broken by the Defendant *or*
     (3) Where the Plaintiff was injured.                   where the Defendant lived or did business when
                                                            the Defendant made the contract.

b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐ Other *(specify):* _____

⑥ **List the zip code of the place checked in ⑤ above** *(if you know):* 92555 _____

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

⑧ **Are you suing a public entity?** ☑ Yes ☐ No
*If yes, you must file a written claim with the entity first.* ☑ A claim was filed on *(date):* April 19, 2013
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☑ No   *If yes, the filing fee for this case will be higher.*

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form, is true and correct.

Date: 8/23/13   Deon Thomas                          ▶ _____
                 _____        _____
                 *Plaintiff types or prints name here*    *Plaintiff signs here*

Date: _____                                    ▶
                 _____        _____
                 *Second Plaintiff types or prints name here*  *Second Plaintiff signs here*

**Requests for Accommodations**
Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

Revised January 1, 2012            **Plaintiff's Claim and ORDER
                                   to Go to Small Claims Court**
                                          **(Small Claims)**            SC-100, Page 3 of 5  →

## SC-100    Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

**Do I need a lawyer?**
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?**
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

**What if I need an accommodation?**
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?**
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

**Where can I get the court forms I need?**
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

**What happens at the trial?**
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?**
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.

- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

**Do I have options?**
Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.

- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)

- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.

- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.

- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.

- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*

- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*

- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

 **Need help?**
Your county's Small Claims Advisor can help for free.

**Small Claims Advisor (Riverside)** 951-274-4499
**Small Claims Advisor (Desert Region)** 760-393-2163
**E-mail:** smallclaimsadvisory@riverside.courts.ca.gov
Or go to *www.courts.ca.gov/smallclaims/advisor.*

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)*



## SC-100    Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales.

Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyen su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese.*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations.* Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo inglés bien?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación.* Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado.* Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio.)

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte *y* a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

**El Asesor de Reclamos (Riverside) 951-274-4499**
**El Asesor de Reclamos (Indio) 760-393-2163**
**E-mail: smallclaimsadvisory@riverside.courts.ca.gov**

O vea "Información por condado" en:
*www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)



FAXED COPY

1   Nilab N. Rahyar (State Bar No. 272810)
    nnrahyar@jonesday.com
2   JONES DAY
    3161 Michelson Drive, Suite 800
3   Irvine, CA  92612.4408
    Telephone:   (949) 851-3939
4   Facsimile:    (949) 553-7539

5   Attorneys for Defendant
    CONSUMERINFO.COM, INC

6

7

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**SEP 19 2013**

M. Lopez-Smith

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                     **COUNTY OF RIVERSIDE**

10

11   DEON THOMAS,                **CASE NO. MVS 1303037**

12         Plaintiff,           Small Claims Division – Dept. MV1

13       v.                  **ANSWER OF DEFENDANT**
                            **CONSUMERINFO.COM, INC. TO**
14   CONSUMERINFO.COM, INC.,      **COMPLAINT**

15         Defendant.         Complaint Filed:   August 23, 2013
                            Trial Date:      None Set
16

17                           **GENERAL DENIAL**

18        Defendant ConsumerInfo.Com, Inc. ("CIC"), answers the complaint filed by plaintiff

19   Deon Thomas ("Thomas") (the "Complaint").

20        Pursuant to section 431.30(d) of the California Code of Civil Procedure, CIC denies,

21   generally and specifically, each and every allegation of the Complaint.  CIC further denies that

22   Plaintiff has suffered, or will suffer, any injury, detriment, damage or loss, or is entitled to costs,

23   expenses or attorneys' fees in any matter or sum whatsoever, by reason of any act or omission of

24   CIC, its agents, employees and/or anyone acting on CIC's behalf.  CIC further denies that

25   Plaintiff is entitled to the relief sought, or to any relief whatsoever.

26   ///

27   ///

28   ///

IRI-55305v1

                           **ANSWER TO COMPLAINT**

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to the Complaint, CIC alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### (FAILURE TO STATE A CLAIM AGAINST CIC)

The Complaint, and each purported cause of action therein, fails to state facts sufficient to constitute a cause of action against CIC and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever, from CIC.

### SECOND AFFIRMATIVE DEFENSE
### (IMMUNITY)

Plaintiff's claims are barred as against CIC by the qualified immunity of 15 U.S.C. § 1681h(e).

### THIRD AFFIRMATIVE DEFENSE
### (WAIVER)

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

### FOURTH AFFIRMATIVE DEFENSE
### (TRUTH/ACCURACY)

Plaintiff's claims are barred as against CIC because all information CIC communicated to any third person was true.

### FIFTH AFFIRMATIVE DEFENSE
### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate his damages.

### SIXTH AFFIRMATIVE DEFENSE
### (LACHES)

The Complaint and each claim for relief therein is barred by laches.

### SEVENTH AFFIRMATIVE DEFENSE
### (CONTRIBUTORY/COMPARATIVE FAULT)

CIC is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by CIC.

///

IRI-55305v1

2

## EIGHTH AFFIRMATIVE DEFENSE
### (ESTOPPEL)

Any damages that Plaintiff may have suffered, which CIC continues to deny, was the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages whatsoever as against CIC.

## NINTH AFFIRMATIVE DEFENSE
### (STATUTE OF LIMITATIONS)

CIC is informed and believes and thereon alleges that all claims for relief in the Complaint against CIC are barred by the applicable statutes of limitation.

## TENTH AFFIRMATIVE DEFENSE
### (INTERVENING CAUSE)

Plaintiff's alleged damages, which CIC continues to deny, were not caused by CIC but by an independent intervening cause, including but not limited to accurate negative information regarding Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE
### (UNCLEAN HANDS)

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE
### (INDEMNIFICATION)

CIC is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom CIC had neither control nor responsibility.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (IMPROPER REQUEST FOR PUNITIVE DAMAGES)

Plaintiff's Complaint does not allege facts sufficient to rise to the level of conduct required to recover punitive damages, and thus all requests for punitive damages are improper.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

CIC reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

///

IRI-55305v1

3

1

## PRAYER FOR RELIEF

2

WHEREFORE, Defendant ConsumerInfo.Com, Inc. prays as follows:

3
4

    1)    That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

5

    2)    For costs of suit (and attorneys' fees) herein incurred; and

6

    3)    For such other and further relief as the Court may deem just and proper.

7

Dated: September 19, 2013                JONES DAY

8
9

By: _____

10

          Nilab N. Rahyar

11

Attorneys for Defendant
CONSUMERINFO.COM, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRI-55305v1

4

ANSWER TO COMPLAINT

1

## PROOF OF SERVICE

2        I am a citizen of the United States and employed in Orange County, California.  I am over

3    the age of eighteen years and not a party to the above-entitled action.  My business address is

4    3161 Michelson Drive, Suite 800, Irvine, California  92612.  On September 19, 2013, I served a

5    copy of the following document(s):  **ANSWER TO COMPLAINT**

6

7        ☒        by placing the document(s) listed above in a sealed envelope with postage thereon
             fully prepaid, in the United States mail at Irvine, California addressed as set forth
8            below.

9    **Deon Thomas**                              **Plaintiff**
     **14626 Red Gum Street**                     **IN PRO PER**
10   **Moreno Valley, CA  92555**
     **Telephone:  (951) 413-9071**
11

12

13       I am readily familiar with the firm's practice of collection and processing correspondence

14   for mailing.  Under that practice it would be deposited with the U.S. Postal Service or UPS on

15   that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware

16   that on motion of the party served, service is presumed invalid if postal cancellation date or

17   postage meter date is more than one day after date of deposit for mailing an affidavit.

18       I declare under penalty of perjury under the laws of the State of California that the above

19   is true and correct.

20       Executed on September 19, 2013, at Irvine, California.

21

22

23                              _____
                                       Deborah Hayes
24

25

26

27

28

IRI-55305v1                              5
                         **ANSWER TO COMPLAINT**

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR *COURT USE ONLY* |
|---|---|
| Nilab N. Rahyar  (SBN 272810) **JONES DAY** 3161 Michelson Drive, Suite 800 Irvine, CA  92612-4408  TELEPHONE NO.: **(949) 851-3939**      FAX NO. *(Optional):*  **(949) 553-7539** E-MAIL ADDRESS *(Optional):* **nnrahyar@jonesday.com** ATTORNEY FOR *(Name):* **Defendant CONSUMERINFO.COM, INC.** | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**
STREET ADDRESS: **13800 Heacock Avenue**
MAILING ADDRESS:
CITY AND ZIP CODE: **Moreno Valley, CA  92553**
BRANCH NAME: **Small Claims Division**

PLAINTIFF/PETITIONER:     **DEON THOMAS**

DEFENDANT/RESPONDENT: **CONSUMERINFO.COM, INC.**

| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER: **MVS 1303037** |
|---|---|
| | JUDGE: DEPT.: **MV1** |

**To the court and to all parties:**

1. Declarant *(name):* **Defendant CONSUMERINFO.COM, INC.**

   a. ☒   is  ☒   the party   ☐   the attorney for the party who requested or caused the stay.

   b. ☐   is  ☐   the plaintiff or petitioner  ☐   the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:

   a. ☒   With regard to all parties.

   b. ☐   With regard to the following parties *(specify by name and party designation):*

3. Reason for the stay:

   a. ☐   Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*

   b. ☐   Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*

   c. ☐   Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*

   d. ☐   Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*

   e. ☒   Other: Removal to U.S. District Court, Central District pursuant to 28 U.S.C. Sections 1331, 1441, and 1446.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 20, 2013

Nilab N. Rahyar
(TYPE OR PRINT NAME OF DECLARANT)                        ▶ _____
                                                              (SIGNATURE)

Page 1 of 1

| Form Adopted for Mandatory Use Judicial Council of California CM-180 [Rev. January 1, 2007] | **NOTICE OF STAY OF PROCEEDINGS** | Cal. Rules of Court, rule 3.650 *www.courtinfo.ca.gov* |
|---|---|---|

American LegalNet, Inc.
www.FormsWorkflow.com

# PROOF OF SERVICE

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On September 20, 2013, I served a copy of the following document(s):

**NOTICE OF STAY OF PROCEEDINGS**

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

**Deon Thomas**                        **Plaintiff**
**14626 Red Gum Street**           **IN PRO PER**
**Moreno Valley, CA 92555**
**Telephone: (951) 413-9071**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service or UPS on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 20, 2013, at Irvine, California.

_____
Deborah Hayes

1   Nilab N. Rahyar (State Bar No. 272810)
    nnrahyar@jonesday.com
2   JONES DAY
    3161 Michelson Drive, Suite 800
3   Irvine, CA 92612.4408
    Telephone:   (949) 851-3939
4   Facsimile:    (949) 553-7539

5   Attorneys for Defendant
    CONSUMERINFO.COM, INC

6

7

8           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                   **COUNTY OF RIVERSIDE**

10

11   DEON THOMAS,              **CASE NO. MVS 1303037**

12          Plaintiff,         Small Claims Division – Dept. MV1

13       v.                   **NOTICE TO STATE COURT AND**
                             **ADVERSE PARTY OF REMOVAL OF**
14   CONSUMERINFO.COM, INC.,     **ACTION FROM STATE COURT TO**
                           **UNITED STATES DISTRICT COURT**
15         Defendant.      **FOR THE CENTRAL DISTRICT OF**
                           **CALIFORNIA**
16

17                           Complaint Filed:   August 23, 2013
                          Trial Date:      None Set

18

19

20

21

22       **PLEASE TAKE NOTICE THAT** on September 20, 2013, Defendant

23   ConsumerInfo.com, Inc. filed its "Notice of Removal of Civil Action From State Court Pursuant

24   to 28 U.S.C. §§ 1331, 1441, and 1446" to remove this action to the United States District Court

25   for the Central District of California. In compliance with 28 U.S.C. § 1446(d), a copy of the

26   Notice of Removal is attached as Exhibit 1 to this Notice and is served and filed herewith.

27         PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), the filing

28   and service of this Notice removes this action and stays all proceedings in connection therewith in

    IRI-55305v2

1   the Riverside County Superior Court unless and until this action is remanded.

2   Dated: September 20, 2013          JONES DAY

3

4                           By: _____

5                             Nilab N. Rahyar

6                         Attorneys for Defendant
                             CONSUMERINFO.COM, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRI-55305v2

2

1

## PROOF OF SERVICE

2      I am a citizen of the United States and employed in Orange County, California.  I am over

3 the age of eighteen years and not a party to the above-entitled action.  My business address is

4 3161 Michelson Drive, Suite 800, Irvine, California  92612.  On September 20, 2013, I served a

5 copy of the following document(s):  **NOTICE TO STATE COURT AND ADVERSE PARTY**

6 **OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTRICT**

7 **COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8

9      ☒      by placing the document(s) listed above in a sealed envelope with postage thereon
            fully prepaid, in the United States mail at Irvine, California addressed as set forth

10          below.

11 **Deon Thomas**                                    **Plaintiff**
   **14626 Red Gum Street**                           **IN PRO PER**
12 **Moreno Valley, CA  92555**
   **Telephone:  (951) 413-9071**
13

14

15      I am readily familiar with the firm's practice of collection and processing correspondence

16 for mailing.  Under that practice it would be deposited with the U.S. Postal Service or UPS on

17 that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware

18 that on motion of the party served, service is presumed invalid if postal cancellation date or

19 postage meter date is more than one day after date of deposit for mailing an affidavit.

20      I declare under penalty of perjury under the laws of the State of California that the above

21 is true and correct.

22      Executed on September 20, 2013, at Irvine, California.

23

24                                                      _____

25                                                              Deborah Hayes

26

27

28

IRI-55305v2                                    3

## PROOF OF SERVICE

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On September 20, 2013, I served a copy of the following document(s):

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

   ☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

**Deon Thomas**                **Plaintiff**
**14626 Red Gum Street**       **IN PRO PER**
**Moreno Valley, CA 92555**
**Telephone: (951) 413-9071**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service or UPS on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 20, 2013, at Irvine, California.

_____
Deborah Hayes

IRI-55348v1

4

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge     Virginia A. Phillips     and the assigned Magistrate Judge is     Oswald Parada .

The case number on all documents filed with the Court should read as follows:

## 5:13-cv-01712-VAP-OPx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

September 20, 2013
Date

By   A. Cobian
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☐ Southern Division | ☒ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)      NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

DEON THOMAS

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

CONSUMERINFO.COM, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)
Nilab N. Rahyar    (949) 851-3939
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☒ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ 5,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1441. The claims alleged arise under the Fair Credit Reporting Act, 15 U.S.C. Section 1681 and this Court has original subject matter jurisdiction pursuant to 28 U.S.C. Section 1331 and 15 U.S.C. Section 1681p.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**    Case Number:    ED CV 13 - 01712 VAP (DTBx)

CV-71 (09/13)    CIVIL COVER SHEET    Page 1 of 3

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? [X] Yes [ ] No  If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [X] Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? [ ] Yes [X] No  If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| | [ ] Los Angeles | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |
| Indicate the location in which a majority of defendants reside: | [ ] | [ ] | [X] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of claims arose: | [ ] | [ ] | [ ] | [X] | [ ] | [ ] |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| [ ] 2 or more answers in Column C | [X] 2 or more answers in Column D |
| [ ] only 1 answer in Column C and no answers in Column D | [ ] only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the SOUTHERN DIVISION. Enter "Southern" in response to Question D, below.  If none applies, answer question C2 to the right. ➡ | Your case will initially be assigned to the EASTERN DIVISION. Enter "Eastern" in response to Question D, below.  If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Eastern |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?    ☒ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?    ☒ NO    ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____    DATE: September 20, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |