Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
    No Fax

Nilab N. Rahyar (SBN 272810)
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539
Attorney for Defendant:
consumerinfo.com, Inc.

FILED
CLERK, U.S. DISTRICT COURT
OCT 22 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon Thomas

*Plaintiff*

v.

Consumerinfo.com, Inc.

*Defendant(s)*

Case No: 5:13-CV-01712 GW (DTBx)

[PROPOSED] ORDER GRANTING RE: STIPULATION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

The Court has reviewed the stipulation of Deon Thomas (Plaintiff) and Consumerinfo.com, Inc. ("CIC" or "Defendant"), through their respective attorneys of record. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///

///

///

1. **WHEREAS,** Plaintiff will be allowed to amend his complaint to include additional dates CIC obtained his Experian and Equifax consumer report, also to include dates of communications between parties. *See* (First Amended Complaint Attachment 1).

## ORDER

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ordered that Plaintiff First Amended Complaint shall be considered filed, a copy of which is attached hereto.

**IT IS SO ORDERED**

Date: Oct. 21, 2013

Honorable George H. Wu
UNTITED STATES DISTRICT JUDGE