# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1712-GW(DTBx) | Date | November 7, 2013 |
|---|---|---|---|
| Title | *Deon Thomas v. Consumerinfo.com, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Deon Thomas, *pro se*    Nilab N. Rahyar

**PROCEEDINGS:**    **SCHEDULING CONFERENCE**

The Court sets the following:

| | |
|---|---|
| Last day to add parties and/or amend pleadings | November 15, 2013 |
| Mediation Cutoff | March 2, 2014 |
| Post-Mediation Status Conference | **March 3, 2014 at 8:30 a.m.** |
| Discovery cutoff | May 30, 2014 |
| Expert discovery cutoff | June 20, 2014 |
| Motion hearing cutoff | July 31, 2014 |
| Pretrial Conference | **September 4, 2014 at 8:30 a.m.** |
| Jury Trial | **September 16, 2014 at 9:00 a.m.** |

The parties are referred to ADR Procedure No. 2 - Court Mediation Panel.

**cc: ADR Program**

:   02

Initials of Preparer   JG