1  Nilab N. Rahyar (State Bar No. 272810)
   nnrahyar@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Attorneys for Defendant
   CONSUMERINFO.COM, INC.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **EASTERN DIVISION**

11

| 12 | DEON THOMAS, | CASE NO.  EDCV13-1712-GW(DTBx) |
|----|---|---|
| 13 | Plaintiff, | Assigned for all purposes to: Honorable George H. Wu |
| 14 | v. | |
| 15 | CONSUMERINFO.COM, INC., | **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION CUTOFF AND CONTINUE POST-MEDIATION STATUS CONFERENCE** |
| 16 | Defendant. | |

IRI-60219v1

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO EXTEND MEDIATION
Case No.  EDCV13-1712 GW (DTBx)

Having reviewed the Joint Stipulation to Extend Mediation Cutoff and Continue Post-Mediation Status Conference filed by Plaintiff Deon Thomas and Defendant Consumerinfo.com, Inc., and good cause appearing, the Court hereby orders:

The Court's November 7, 2012 Scheduling Order is amended as follows:

(a) The current mediation cutoff of March 2, 2014 shall be extended to **May 2, 2014.**

(b) The current post-mediation status conference scheduled for March 3, 2014 at 8:30 a.m. shall be continued to **May 5, 2014 at 8:30 a.m.**

**IT IS SO ORDERED.**

Dated: February 26, 2014

\_\_\_\_ */s/ George H. Wu* \_\_\_\_\_
The Honorable George H. Wu
United States District Judge

## PROOF OF SERVICE

I, Deborah Hayes, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **February 27, 2014**, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION CUTOFF AND CONTINUE POST-MEDIATION STATUS CONFERENCE**

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

**Deon Thomas**                                                              **Plaintiff**
**14626 Red Gum Street**                                           **IN PRO PER**
**Moreno Valley, CA  92555**
**Telephone:  (951) 413-9071**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 27, 2014**, at Irvine, California.

Deborah Hayes