Douglas B. Davidson (56841)
Mediator
1442 Irvine Blvd., Ste. 218
Tustin, CA 92780

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon Thomas<br><br>Plaintiff(s)<br><br>v.<br><br>Consumerinfo.com, Inc.<br><br>Defendant(s). | CASE NUMBER<br><br>5:13-cv-01712-GW-DTB<br><br>MEDIATION REPORT |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): April 30, 2014.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
      ☐ Plaintiff or plaintiff's representative failed to appear.
      ☐ Defendant or defendant's representative failed to appear.
      ☐ Other:

3. Did the case settle?
   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____.

Dated: May 1, 2014

_____
Signature of Mediator
Douglas B. Davidson
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)                     MEDIATION REPORT                     Page 1 of 1