# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1712-GW(DTBx) | Date | May 5, 2014 |
|---|---|---|---|
| Title | *Deon Thomas v. Consumerinfo.com, Inc.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | Nilab N. Rahyar - by telephone |

**PROCEEDINGS:**   POST-MEDIATION STATUS CONFERENCE

Plaintiff is not present.  Ms. Rahyar informs the Court that settlement was not reached.  Parties are reminded of pretrial and trial dates.

:   02

Initials of Preparer   JG