Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
NO FAX

FILED
2014 JUN 23  PM 3: 55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon Thomas
*Plaintiff*

V.

Consumerinfo.com, Inc.
*Defendant*

)
)
)
)
)
)
)
)
)
)

Case No: 5:13-CV01712 GW (DTBx)

**AFFIDAVIT OF PLAINTIFF DEON THOMAS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EXHIBITS ATTACHED HERETO**

**AFFIDAVIT OF PLAINTIFF DEON THOMAS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EXHIBITS ATTACHED HERETO**

NOW COMES Deon Thomas ("Affiant/Plaintiff ") of Riverside County, California who is over the age of 21 years of age, competent to testify and having personal knowledge of the facts stated in this affidavit, and information contained herein are true and correct and declares as follows under penalty of perjury and states as follows:

1. Plaintiff received his credit reports on or about August 2011 (Experian), January 2012 (Experian), March 2012 (Equifax) September 2013 (Experian),  via CRA's and found a total of fifty (52) entries by CIC dated from July 21, 2011 to April 5, 2013, without a permissible

purpose. *See* (Plaintiff's FAC Exhibit A 1-3 and B 1-3 thereto); (SUF ¶ 1); (Attached hereto as Exhibit A 1-5).

2. Upon discovery of CIC obtaining Plaintiff's credit report, he mailed a timely letter of dispute to CIC dated on August 17, 2011. *See (Id.* Plaintiff's FAC ¶ 17 and Exhibit C thereto); (SUF ¶ 2); (Attached hereto as Exhibit B).

3. CIC made additional inquiries into Plaintiff's consumer reports, Plaintiff mailed a second letter of dispute to CIC requesting permissible purpose to do so, dated on April 2, 2012. *See (Id.* Plaintiff's FAC ¶ 18 and Exhibit D thereto); (SUF ¶ 3); (Attached hereto as Exhibit C).

4. CIC further violated Plaintiff privacy by making even more inquiries into Plaintiff's credit report, they failed to disclose what their permissible purpose was after previous multiple dispute letters, so Plaintiff mailed a third letter of dispute to CIC dated on November 2, 2012. *See (Id.* Plaintiff's FAC ¶ 19 and Exhibit E thereto); (SUF ¶ 4); (Attached hereto as Exhibit D).

5. CIC performed many inquiries into Plaintiff's private consumer credit report without sending any documentation to show they had a permissible purpose to obtain Plaintiff credit report. CIC has never provided any signed verification or certified copies of any alleged reason or permissible purpose or copies of any signed contract or agreement that would give them any permissible purpose. Plaintiff mailed a dispute letter On September 2, 2011 to EXPERIAN of CIC's impermissible access into his consumer profile and requested immediate deletion. *See (Id.* Plaintiff's FAC ¶ 21); (SUF ¶ 5); (Attached hereto as Exhibit E).

6. Plaintiff has personal knowledge that CIC never had a contract or agreement that would allow CIC to buy, purchase or service any alleged obligation between CIC and Plaintiff. *See (Id.* Plaintiff's FAC ¶ 24); (SUF ¶ 7).

7.  Plaintiff has personal knowledge that he did not sign any contract or agreement of any transaction that would assign or transfer ownership to User or any third party. *See* (Plaintiff's FAC ¶ 25); (SUF ¶ 8).

8.  Plaintiff was never an applicant nor was ever informed in writing that User or any other third party was involved in an agreement, sale, merger or exchange to secure him to a transaction or agreement. *See* (*Id.* Plaintiff's FAC ¶ 28); (SUF ¶ 9).

9.  Plaintiff never received any written documentations that shows User has been "retained" or "placement" by any entity that may or may not have been involved with a "transaction" with the Plaintiff. *See* (*Id.* Plaintiff's FAC ¶ 29); (SUF ¶ 10).

10. Plaintiff has never provided written instruction to CRA authorizing it to provide Plaintiff's consumer report to User or any third party on their behalf. *See* (*Id.* Plaintiff's FAC ¶ 32); (SUF ¶ 11).

11. Plaintiff never received any written notice of assignments or documentations (contracts, agreements or otherwise) from CIC after he disputed multiple times of the impermissible purpose inquiries into his consumer report. *See* (Plaintiff's FAC ¶ 33); (SUF ¶ 12).

12. Plaintiff never received any documentations (contract agreement or otherwise) directly from CIC after he disputed the inquiries, describing what they certified to the CRA of their permissible purpose to obtain his consumer file. *See* (Plaintiff's FAC ¶ 34); (SUF ¶ 13).

13. At no time material did Plaintiff ever have a relationship of any kind with User. *See* (Plaintiff's FAC ¶ 36); (SUF ¶ 14).

14. On April 19, 2013 sent by certified mail/return receipt # 7011 1150 0000 6427 6317 and April 22, 2013, by fax, Plaintiff sent a Dispute and Notice of Pendency of Action to CIC,

informing them of the dates in which they violated the FCRA.  *See* (*Id.* Plaintiff's FAC ¶ 40 and Exhibit G); (SUF ¶ 15); (Plaintiff's Affidavit ¶ 15); (Attached hereto as Exhibit F 1-7).

15. Plaintiff received a computer-generated letter from CIC dated on April 26, 2013, without any name associated with the document.  The letter was very generic, and it did not address any of Plaintiff's disputes previously sent to them.  *See* (*Id.* Plaintiff's FAC ¶ 41 and Exhibit H); (SUF ¶ 16); (Plaintiff's Affidavit ¶ 16); (Attached hereto as Exhibit G).

16. On May 1, 2013, at 5:34 pm, and 8:59 pm, Plaintiff sent by fax a response letters, first on which was to address the letter sent by CIC, next was a dispute and Final Notice of Pendency of Action letter informing them, they failed to specifically address his disputes, by sending a letter that appeared to be computer generated.  The letter was to see if they wish to settle this matter outside of court.  *See* (*Id.* Plaintiff's FAC ¶ 42 and Exhibit I 1-8); (SUF ¶ 17; (Attached hereto as Exhibit H 1-8).

17. On May 5, 2013, Plaintiff received a phone call from a Lisa Hall, who claimed to be CIC's, Business Analyst.  She failed to address Plaintiff's disputes regarding their impermissible purpose and failed to gives direct answer to Plaintiff's disputes.  *See* (*Id.* Plaintiff's FAC ¶ 43); (SUF ¶ 18).

18. Plaintiff received yet another computer generated letter from CIC dated on May 7, 2013, again without any name associated with the document.  The letter was very generic, and it did not address any of Plaintiff's disputes previously sent to them.  *See* (*Id.* Plaintiff's FAC ¶ 44 and Exhibit J); (SUF ¶ 19); (Attached hereto as Exhibit I).

19. On May 16, 2013, Plaintiff sent by faxed at 3:57 pm, and by certified mail # 7013 0600 0000 4598 0319 a letter address directly to Lisa Hall, dealing with the May 5, 2013 conversation and May 7, 2013 letter to Plaintiff.  Informing them of the lack and failure to provide proof

that they had permissible purpose and they failed to do so, after Plaintiff's multiple disputes. *See* (*Id.* Plaintiff's FAC ¶ 45 and Exhibit K 1-5); (SUF ¶ 20); (Attached hereto as Exhibit J 1-5).

20. From May 31, 2013 through August 2, 2013, Plaintiff has been corresponding via email Disputing CIC's Impermissible purpose and failure to provide proof of permissible purpose with Lisa Hall, to no avail. *See* (*Id.* Plaintiff's FAC ¶ 46 and Exhibit L); (SUF ¶ 21); (Attached hereto as Exhibit K 1-6).

21. Plaintiff had no other choice but to seek justice from the courts. On October 4, 2013, Plaintiff received a Judgment award in the Superior Court of the State of California, County of Riverside, in Small Claims against CIC for civil penalties and cost, due to their impermissible purpose access into his Experian consumer report. *See* (*Id.* Plaintiff's FAC ¶ 47 and Exhibit M); (SUF ¶ 22); (Attached hereto as Exhibit L 1-2).

22. In the ***Statement of Decision*** dated on October 1, 2013, in the judgment award ordered by Cynthia Loo, Judge Pro Tem of Superior Court, she states: "The primary reason for the decision for the Plaintiff was based on the lack of contractual relationship between Plaintiff and Defendant, a lack of permissible purpose for Consumerinfo.com's inquiries, and the lack of responsiveness to Plaintiff's repeated inquiries as to why Consumerinfo.com was making repeated inquiries. The court received insufficient proof that Plaintiff enrolled in a program for crediting monitoring products with Consumerinfo.com." *See* (*Id.* Pl. FAC ¶ 48 and Exhibit N thereto); (SUF ¶ 23); (Attached hereto as Exhibit M).

23. During the depo, Ms. Rahyar, presented a document Customer Profile Record ("summary page") as Exhibit 2 that was marked for identification and she questioned Plaintiff stating: "Okay, and I'll represent to you this is a true and correct copy of a screenshot from

IP2Location.comm, showing the location of the IP address of the computer that was used to enroll in Triple Advantage Credit monitoring under your name." (Depo pg. 77 ¶¶ 24, 25 & 78 ¶¶ 1-6; Depo. Exh. 2); (SUF ¶ 24); (Attached hereto as Exhibit N 1-4).

24. The same document that Ms. Nilab referred to in depo, was a summary page that had a location with longitude and latitude with IP address location of a person in which the order was made, and it was not Plaintiff, nor located at his address. Plaintiff pulled up the location from the longitude and latitude that turned out to be a locked and secured storage unit location. The computer generated summary page with the longitude and latitude location was 5.2 miles away from Plaintiff's home address. *See* (SUF ¶ 25). (Attached hereto as Exhibit O 1-7).

25. The location from the document referred to by Ms Nilab during the Depo turned out to be a storage location that has a locked gate, where only people who have a password can enter, and Plaintiff certify that he never had a storage unit at this location, and storage location is attached hereto. *See* (SUF ¶ 26) (Attached hereto as Exhibit N1-4 and O 1-7).

26. Plaintiff never initiated a business transaction with CIC that serves as the alleged basis for obtaining the credit reports. *See* (SUF ¶ 27).

27. . Plaintiff did not see the alleged summary page until at least two years after his disputes, and the document has not been authenticated nor does it identify witnesses that can testify to this form. *See* (SUF ¶ 28).

28. Plaintiff never had a secured storage at the location according to the longitude and latitude sheet that was 5.2 mile away from his home. *See* (Plaintiff SUF ¶ 29).

29. Plaintiff never owned a credit card as claimed by CIC's summary sheet. *See* (Plaintiff SUF ¶ 30).

30. At no time material had Plaintiff ever applied for, used, and had knowledge of any account transaction prior to Defendant being sued by Plaintiff in small claims court. *See* (Plaintiff SUF ¶ 31).

31. Defendant's representative's fabricated the identity, and claim that they possessed Plaintiff's credit card, address, IP address and social security number on the Account application summary page, all of which are unfounded because Plaintiff was never a party to any business transaction with CIC. *See* (Plaintiff SUF ¶ 32).

I certify under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

Date:  June 23, 2013

Deon Thomas

**JURAT**

State of California

County of Riverside

**Subscribed and sworn to** (or affirmed) before me on this 23rd day of June, 2014, by Deon Thomas, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature Sharon E. Brasfield (seal)

SHARON E. BRASFIELD
Commission # 2019082
Notary Public - California
Riverside County
My Comm. Expires May 1, 2017

AFFIDAVIT OF PLAINTIFF DEON THOMAS IN SUPPOOF OF MOTIN FOR SUMMARY JUDGMENT
Page 7 of 7

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

State of California

County of _Riverside_

On _06/23/2014_ before me, _SHARON E. BRASFIELD NOTARY PUBLIC_
                Date                        Here Insert Name and Title of the Officer

personally appeared _Deon THOMAS_
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SHARON E. BRASFIELD
Commission # 2019082
Notary Public - California
Riverside County
My Comm. Expires May 1, 2017

Signature _Sharon E. Brasfield_
                        Signature of Notary Public

Place Notary Seal Above

―――――――――― OPTIONAL ――――――――――

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)      Item #5907

## CERTIFICATE OF SERVICE

I, Deon Thomas, hereby certify that a copy of the foregoing was mailed to JONES DAY,

Nalib N. Rahyar, attorney of record for Defendant Consumerinfo.com, Inc., by first class mail

addressed to:

Nalib N. Rahyar
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408

Attorney for Defendant Consumerinfo.com, Inc.

I declare under perjury under the laws of the State of California that the forgoing is true

and correct.

Date: June 23, 2014

Deon Thomas

# EXHIBIT A

# 1-5



**Experian**
A world of insight

Prepared for: DEON LAMARR THOMAS
Date: **August 18, 2011**

# Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

The section below lists all of the companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

*Inquiries shared with others*

Examples of inquiries shared with others include:

- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit



*Inquiries shared only with you*

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, such as:

- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

**These inquiries DO NOT affect your credit score.**

**CONSUMERINFO.COM**  PO BOX 19729   IRVINE CA 92623
**No phone number available**
**Date of inquiry:** Aug 15, 2011; Aug 10, 2011; Aug 03, 2011; Aug 01, 2011; Jul 31, 2011; Jul 28, 2011; Jul 21, 2011



Exh. A-1



**Prepared for: DEON LAMARR THOMAS**
Date: **January 03, 2012**

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

*Inquiries shared only with you*
You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports to others.**

We offer credit information about you to those with a permissible purpose, such as:
• other creditors who want to offer you preapproved credit;
• an employer who wishes to extend an offer of employment;
• a potential investor in assessing the risk of a current obligation;
• Experian Consumer Assistance to process a report for you;
• your current creditors to monitor your accounts (date listed may reflect only the most recent request).

These inquiries **DO NOT** affect your credit score.





**CONSUMERINFO.COM INC**  PO BOX 19729   IRVINE CA 92623
**No phone number available**
**Date of inquiry:** Dec 28, 2011; Dec 21, 2011; Dec 14, 2011; Sep 13, 2011

**CONSUMERINFO.COM**  PO BOX 19729   IRVINE CA 92623
**No phone number available**
**Date of inquiry:** Dec 17, 2011; Dec 10, 2011; Nov 11, 2011; Sep 15, 2011; Sep 01, 2011; Aug 22, 2011; Aug 15, 2011; Aug 10, 2011; Aug 03, 2011; Aug 01, 2011; Jul 31, 2011; Jul 28, 2011; Jul 21, 2011

**CONSUMERINFO.COM**  PO BOX 19729   IRVINE CA 92623
**No phone number available**
**Date of inquiry:** Nov 18, 2011; Nov 04, 2011; Oct 04, 2011; Sep 20, 2011; Sep 06, 2011; Aug 17, 2011; Aug 04, 2011



0154832721

Exh. A-2

*No phone number available*





**CONSUMERINFO.COM INC**

**Address:**
PO BOX 19729
IRVINE CA 92623
*No phone number available*

Date of Request:
04/23/2013, 03/19/2013, 02/19/2013,
02/07/2013, 12/15/2012, 12/14/2012,
06/08/2012, 12/28/2011, 12/21/2011,
12/14/2011, 09/13/2011

**CONSUMERINFO.COM**

**Address:**
PO BOX 19729
IRVINE CA 92623
*No phone number available*

Date of Request:
04/19/2013, 04/05/2013, 03/14/2013,
03/05/2013, 02/15/2013, 02/01/2013,
01/30/2013, 01/18/2013, 01/04/2013,
12/28/2012, 12/18/2012, 12/04/2012,
11/30/2012, 11/20/2012, 11/06/2012,
10/31/2012, 10/19/2012, 10/03/2012,
09/28/2012, 09/18/2012, 09/05/2012,
08/31/2012, 08/17/2012, 08/03/2012,
07/31/2012, 07/20/2012, 07/06/2012,
06/30/2012, 06/19/2012, 06/05/2012,
05/18/2012, 05/04/2012, 04/20/2012,
04/06/2012, 03/20/2012, 03/06/2012,
02/17/2012, 02/03/2012, 01/20/2012,
01/06/2012, 12/20/2011, 12/06/2011,
11/18/2011, 11/04/2011, 10/18/2011,
10/04/2011, 09/20/2011, 09/06/2011





**CONSUMERINFO.COM INC**

**Address:**
535 ANTON BLVD STE 100
COSTA MESA CA 92626
*No phone number available*

Date of Request:
12/16/2012, 11/15/2012, 08/03/2012,
08/02/2012, 06/30/2012

Exh. A-3

Creditor Contact Information

RETAILERS NATIONAL BANK TARGET
3701 Wayzata Blvd # 2B-D
Minneapolis, MN 554163401

**inquiries that do not impact your credit rating**
These inquires include requests from employers, companies making promotional offers and your own requests to check your credit. These inquiries are only viewable by you.

| Company Information | Date of Inquiry |
|---|---|
| ████████████████████ | ████████████ |
| CONSUMERINFO | 06/07/12 |
| CONSUMERINFO.COM | 06/30/12, 11/11/11 |
| ████████████████████ | ███████████████████ |
| ████████████████████ | ███████████████ |
| ████████████████████ | ████████████████████ |
| ████████████████████ | ██████████████ |
| ████████████████████ | ██████████████ |
| ████████████████████ | ████████████████ |
| ████████████████████ | ██████████████████ |
| ████████████████████ | ████████████████ |
| ████████████████████ | █████████████ |
| ████████████████████ | ██████████ |
| ████████████████████ | ██████████ |

| Prefix | Prefix Description |
|---|---|
| PRM | Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.(PRM inquiries remain for twelve months.) |
| AM or AR | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.(AM and AR inquiries remain for twelve months.) |
| EMPL | Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months) |
| PR | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.(PR inquiries remain for 12 months.) |

Exh. A-4

Equifax FACT Act

Creditor Contact Information

Creditor Contact Information

**Inquiries that do not impact your credit rating**
These inquires include requests from employers, companies making promotional offers and your own requests to check your credit. These inquiries are only viewable by you.

Company Information                Date of Inquiry

CONSUMERINFO.COM          11/11/11, 07/21/11



https://fact.econsumer.equifax.com/fact/viewPopUpDetail.ehtml?prod_cd=CRD&sub cd=ACRO_XML&...

Exh. A-5

# EXHIBIT B

Deon L. Thomas                    August 17, 2011
14626 Red Gum St.
Moreno Valley, CA 92555

CONSUMERINFO.COM
PO Box 19729
Irvine, CA 92623

To whom it may concern,

    I recently reviewed my Experian credit and found your company listed as an inquiry on August 4, 2011.  I never heard of this company before and I never had any business with you.  I request that you tell me why you are on my report and if you do not have a valid reason please delete yourself.

Respectfully,

Deon Thomas

Exh. B

# EXHIBIT C

CONSUMERINFO.COM
PO Box 19729
Irvine, CA 92623


To whom it may concern,

Upon further inquiry your company had made many more inquiries into my Experian credit report. I mail a letter dated August 17, 2011, requesting you to explain the reason for your inquiry dated August 4, 2011, and if you had no valid reason to please delete, but instead of responding you made more inquiries. I am not understanding why you are persisting violating my rights. If you do not have a permissible reason to obtain my report they should be removed immediately.


April 2, 2012


Respectfully,

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555


Exh. C

# EXHIBIT D

CONSUMERINFO.COM
PO Box 19729
Irvine, CA 92623

To whom it may concern,

This letter is a demand that you delete all 35 inquiries made to my Experian report. I mailed two separate letters dated August 17, 2011 and April 2, 2012, requesting you to provide a valid reason for the pulls, if not delete, but you failed to respond or delete. It is my belief that Consumerinfo.com is in violation of federal law.

November 2, 2012

Respectfully,

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

Exh. D

# EXHIBIT E

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

Experian Information Solution, Inc.
701 Experian Parkway
Allen, TX 75013

Date: September 2, 2011

*I am disputing the following item:*

*I did not authorize the following inquiries on my credit report. They were obtained without a permissible purpose. Please provide me with their certification of permissible purpose or delete.*

CONSUMERINFO.COM
PO BOX 19729
IRVINE, CA 92623                    Obtained On: August 17, 2011, August 4, 2011

Please provide me with a description of the reinvestigation procedure for item. Please provide me with the source of information for item. Please send me all information in my consumer file. Please send me an updated copy of my credit report. Thank you for your cooperation in advance.

Sincerely,

Deon L. Thomas

P.S.  Please find enclosed a copy of my DL, SS card and Utility Bill to verify identity.  Enclosed

Exh. E

# EXHIBIT F

# 1-7

Deon L. Thomas                                    April 19, 2013
14626 Red Gum St.
Moreno Valley, CA 92555

Sent by Certified Mail and Email to:
CONSUMERINFO.COM, Inc.
475 Anton Blvd
Costa Mesa, CA 92626

## NOTICE OF PENDENCY OF ACTION

To whom it may concern,

My name is Deon Thomas; I am officially informing you that this letter shall serve as formal notice of my Intent to file a lawsuit against your company CONSUMERINFO.COM, Inc. (CICI), due to their blatant, torturous and objectionable disregard of federal laws.  The following actions are the reason for possible litigation for tortious interference of my rights:

On 01/04/2013, 12/04/2012, 11/30/2012, 11/20/2012, 11/06/2012, 10/31/2012, 10/19/2012, 10/03/2012, 09/28/2012, 09/18/2012, 09/05/2012, 08/31/2012, 08/17/2012, 08/03/2012, 07/31/2012, 07/20/2012, 07/06/2012, 06/30/2012, 06/19/2012, 06/05/2012, 05/18/2012, 05/04/2012, 04/20/2012, 04/06/2012, 03/20/2012, 03/06/2012, 02/17/2012, 02/03/2012, 01/20/2012, 01/06/2012, 12/20/2011, 12/06/2011, 11/18/2011, 11/04/2011, 10/18/2011, 10/04/2011, 09/20/2011, 09/06/2011, 08/17/2011, and 08/04/2011, CICI obtained my Experian consumer profile (Inquiry) without a permissible purpose.

On August 17, 2011, April 2, 2012 and November 2, 2012, I mailed a dispute letter to CICI of their impermissible access into my consumer profile and to delete the inquiry immediately.  I never gave CICI authorization to access consumer profile ever.  As you can see above CICI continued their egregious behavior after receiving the demand letters and knowingly and willfully violated applicable federal laws.

I also mailed a dispute letter On September 2, 2011 to Experian of your impermissible access into my consumer profile and requested immediate deletion.

Certified Mail No. 7011 1150 0000 6427 6317

Exh. F-1

I never had any business dealings or any account with, made application for credit from, made application for employment with, applied for insurance from, or received any offer of credit from CICI for them to obtain my Experian credit profile. I'm sure you are aware of the consequences of the civil liability of violating Fair Credit Reporting Act (FCRA). Just so I am very clear, the action that may be brought against CICI is about the violations of my rights, on an egregious level. CICI damaged my consumer report, credit worthiness, and reputation from the egregious credit pulls. Just to reference, FCRA has a statutory damage of $1000.00. CICI statutory damages for the forty (40) times they obtained my consumer report (credit pull), totaling in the sum amount of $40,000.00. As I researched case law and PACER, I see this is a common practice by the massive lawsuits against CICI for violating individual's rights.

I am writing you to mitigate the damages, so we do not spend the Courts precious resources with litigation nor waist are time in court in front of a jury. This is for mitigation purposes only and nothing else!

Litigating in Federal Court can consume a lot of time and become very costly; as I am sure you are aware. At this time I am prepared to settle this matter now outside of court for violations of FCRA, Impermissible access for $30,000.00. If we cannot come to an amicable resolution, I am fully prepared seek an attorney to file this matter in Federal District Court, Central District of California for said violations and demand a trial by jury. I would prefer a reasonable settlement on the violations, so please contact me at dlthomas32@gmail.com by April 30, 2013 (by 5 pm PST), so we can come to an agreement.

Date: April 19, 2013

Respectfully,

Deon Thomas

Certified Mail No. 7011 1150 0000 6427 6317

Exh. F-2



7011 1150 0000 5427 6317

Consumer Info. Com, Inc
475 Anton BLVD
Costa Mesa, CA 92626

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Consumer Info.Com, Inc
475 Anton BLVD
Costa Mesa CA 92626

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_____   4/25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

102595-02-M-1540

PS Form 3811, February 2004        Domestic Return Receipt

Exh. F-3

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

April 22, 2013

**Sent by fax to:**
CONSUMERINFO.COM, Inc.
475 Anton Blvd
Costa Mesa, CA 92626

## NOTICE OF PENDENCY OF ACTION

To Legal Department,

My name is Deon Thomas; I am officially informing you that this letter shall serve as formal notice of my Intent to file a lawsuit against your company CONSUMERINFO.COM, Inc. (CICI), due to their blatant, tortious and objectionable disregard of federal laws.  The following actions are the reason for possible litigation for tortious interference of my rights:

On 01/04/2013, 12/04/2012, 11/30/2012, 11/20/2012, 11/06/2012, 10/31/2012, 10/19/2012, 10/03/2012, 09/28/2012, 09/18/2012, 09/05/2012, 08/31/2012, 08/17/2012, 08/03/2012, 07/31/2012, 07/20/2012, 07/06/2012, 06/30/2012, 06/19/2012, 06/05/2012, 05/18/2012, 05/04/2012, 04/20/2012, 04/06/2012, 03/20/2012, 03/06/2012, 02/17/2012, 02/03/2012, 01/20/2012, 01/06/2012, 12/20/2011, 12/06/2011, 11/18/2011, 11/04/2011, 10/18/2011, 10/04/2011, 09/20/2011, 09/06/2011, 08/17/2011, and 08/04/2011, CICI obtained my Experian consumer profile (Inquiry) without a permissible purpose.

On August 17, 2011, April 2, 2012 and November 2, 2012, I mailed a dispute letter to CICI of their impermissible access into my consumer profile and to delete the inquiry immediately.  I never gave CICI authorization to access consumer profile ever.  As you can see above CICI continued their egregious behavior after receiving the demand letters and knowingly and willfully violated applicable federal laws.

I also mailed a dispute letter On September 2, 2011 to Experian of your impermissible access into my consumer profile and requested immediate deletion.

Call Only in Emergency 951-413-9071

Exh. F-4

I never had any business dealings or any account with, made application for credit from, made application for employment with, applied for insurance from, or received any offer of credit from CICI for them to obtain my Experian credit profile. I'm sure you are aware of the consequences of the civil liability of violating Fair Credit Reporting Act (FCRA). Just so I am very clear, the action that may be brought against CICI is about the violations of my rights, on an egregious level. CICI damaged my consumer report, credit worthiness, and reputation from the egregious credit pulls. Just to reference, FCRA has a statutory damage of $1000.00. CICI statutory damages for the forty (40) times they obtained my consumer report (credit pull), totaling in the sum amount of $40,000.00. As I researched case law and PACER, I see this is a **common practice** by the massive lawsuits against CICI for violating individual's rights.

I am writing you to mitigate the damages, so we do not spend the Courts precious resources with litigation nor waist are time in court in front of a jury. This is for mitigation purposes only and nothing else!

Litigating in Federal Court can consume a lot of time and become very costly; as I am sure you are aware. At this time I am prepared to settle this matter now outside of court for violations of FCRA, Impermissible access for $30,000.00. If we cannot come to an amicable resolution, I am fully prepared seek an attorney to file this matter in Federal District Court, Central District of California for said violations and demand a trial by jury. I would prefer a reasonable settlement on the violations, so please contact me at dlthomas32@gmail.com by April 30, 2013 (by 5 pm PST), so we can come to an agreement.

Date: April 22, 2013

Respectfully,

Deon Thomas

Call Only in Emergency 951-413-9071

Exh. F-5

HP Officejet Pro 8600 N911n Series

**Fax Log for**
Thomas
951-242-7015
Apr 22 2013 5:04PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Apr 22 | 5:02PM | Fax Sent | 9723904973 | 1:29 N/A | 3 | OK |

Exh. F-6

HP Officejet Pro 8600 N911n Series

Fax Log for
Thomas
951-242-7015
May 01 2013 5:34PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| May 1 | 5:33PM | Fax Sent | 919723904973 | 0:12 N/A | 0 | Cancel |

Exh. F-7

# EXHIBIT G



April 26, 2013

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

RE:    **Membership Charges**

Dear Deon Thomas:

Thank you for your letter and for the opportunity to respond to your concerns.

We offer a credit report along with a trial membership to Credit Monitoring.  Our
website and the order form describe the offer in detail, including billing at the end
of the trial and monthly thereafter unless and until the customer notifies us of
their wish to cancel.  The consumer agrees to these terms when submitting
his/her order.

Our records indicate that a credit report and trial membership was ordered and
not cancelled within the trial period.  Consequently, in accordance with the terms
of the offer, the credit card provided was charged the monthly membership fee.
As a courtesy, we have refunded a total of 26.91 of the monthly fees you had
been billed.

Sincerely,

Consumer Relations Department

---

• PO Box 2390 • Allen, TX  75013 •

Exh. G

# EXHIBIT H

# 1-8

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

May 1, 2013

**Sent by Certified Mail and FAX to:**
CONSUMERINFO.COM, Inc.
475 Anton Blvd
Costa Mesa, CA 92626

**Response Letter**

RE: Legal Department

To whom it may concern,

In response to your recent communication dated April 26, 2013.  I finally received your letter from CONSUMERINFO.COM, Inc., (CICI) on May 1, 2013, after I fax a copy of my FINAL Notice of Pendency of Action.  Please excuse me while I enter the twilight Zone.  After a skeptical review of the content of your communication, I am unable to make sense of your assertions.  Although you sound like a corporation of sound mind, charged with great responsibility, your communication is unintelligible.  Have you allowed a computer to take control of your written communication?  I noticed there is no name or signature on your letter.

I am concerned with the following; Please note where you assert the word **"We"** in the beginning line of the first paragraph; by use of the word, "We", do you mean more than one person offers a credit report along with a trial membership to credit monitoring?  In the same paragraph began on line number two, you assert "Our website  and the order form describe the offer in detail, including billing at the end of trial and monthly thereafter unless and until the consumer notifies us of their wish to cancel." It does not specify the name of the website, name of the order form, nor does it include any amount of monthly charges.

In the beginning of the second paragraph; it say's "Our records indicate that a credit report and trial membership was ordered and not canceled with the trial period." Nowhere in that sentence did you specify my name or my credit report or my trial membership.  In the second paragraph line three, you assert "the card provided was charged the monthly membership fee." Again, nowhere in this sentence did you specify any credit card which may belong to me nor anything sent to my address.  You further assert in the same paragraph, fourth line "we have refunded a total of $26.91 of

Certified Mail No.

Exh. H-1

1  the monthly fees you had been billed." It is my belief the letter you titled "Membership Charges", is
2  part of a cookie cut out, of a mass computer generated deal, and it does not specifically address my
3  three dispute letters I mailed on August 17, 2011, April 2, 2012 and November 2, 2012.
4      Based on the above, I can only come to the conclusion that you are beyond a shadow of doubt
5  in violation of Federal Law, as well as my civil rights. We can however resolve this matter by means
6  of settling outside of court for violations of FCRA, Impermissible access for $30,000.00. Let me
7  know if we can handle this amicably of the violations, so please contact me at
   dlthomas32@gmail.com by May 13, 2013 (by 5 pm PST), or it will be filed.
8
9  Date: May 1, 2013
10
11
12                                          Respectfully,
13
14                                          Deon Thomas
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certified Mail No.

Exh. H-2

# FAX

| | | | |
|---|---|---|---|
| **To:** | CONSUMERINFO.COM,INC. | **From:** | Deon Thomas |
| **Fax:** | 972-390-4973 | **Pages:** | 4 |
| **Phone:** | [Type the recipient phone number] | **Date:** | 5.1.2013 |
| **Re:** | Response Letter | **CC:** | |

[x] Urgent   [ ] For Review   [ ] Please Comment   [ ] Please Reply   [ ] Please Recycle

To Legal Department

This letter attached hereto is a response letter to your letter dated April 26, 2013.

Enc. Consumerinfo.com,Inc. letter

5.1.2013

Exh. H-3

HP Officejet Pro 8600 N911n Series

Fax Log for
Thomas
951-242-7015
May 01 2013 8:58PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| May 1 | 8:56PM | Fax Sent | 9723904973 | 1:37 N/A | 4 | OK |

Exh. H-4

1

2          Deon L. Thomas                          May 1, 2013
           14626 Red Gum St.
3          Moreno Valley, CA 92555

4

5    **Sent by Certified Mail and FAX to:**
     CONSUMERINFO.COM, Inc.
6    475 Anton Blvd
     Costa Mesa, CA 92626

7

8                    **FINAL NOTICE OF PENDENCY OF ACTION**

9    To whom it may concern,

10          This will be my FINAL Notice informing you of my Intent to file a lawsuit against your

11   company, CONSUMERINFO.COM, Inc., (CICI), due to their blatant, tortious and objectionable

12   disregard of federal laws.  Once again CICI should take notice of:

13

14          On 01/04/2013, 12/04/2012, 11/30/2012, 11/20/2012, 11/06/2012, 10/31/2012, 10/19/2012,

15   10/03/2012, 09/28/2012, 09/18/2012, 09/05/2012, 08/31/2012, 08/17/2012, 08/03/2012, 07/31/2012,

16   07/20/2012, 07/06/2012, 06/30/2012, 06/19/2012, 06/05/2012, 05/18/2012, 05/04/2012, 04/20/2012,

     04/06/2012, 03/20/2012, 03/06/2012, 02/17/2012, 02/03/2012, 01/20/2012, 01/06/2012, 12/20/2011,
17
     12/06/2011, 11/18/2011, 11/04/2011, 10/18/2011, 10/04/2011, 09/20/2011, 09/06/2011, 08/17/2011,
18
     and 08/04/2011, CICI obtained my Experian consumer profile (Inquiry) without a permissible
19
     purpose.
20

21          On August 17, 2011, April 2, 2012 and November 2, 2012, I mailed a dispute letter to CICI of

22   their impermissible access into my consumer profile and to delete the inquiry immediately.  I never

23   gave CICI authorization to access consumer profile ever.  As you can see above CICI continued their

24   egregious behavior after receiving the demand letters and knowingly and willfully violated applicable

     federal laws.
25
            I also mailed a dispute letter On September 2, 2011 to Experian of your impermissible access
26
     into my consumer profile and requested immediate deletion.
27

28

     Certified Mail No.

                              Exh. H-5

We can prevent a lot of hard ache and pain if communication was on both sides of the fence, but it is only one sided, being I am trying to communicate with you and you are ignoring me and my rights.  Just so I am very clear, the action that may be brought against CICI, as succinctly laid out in my pleadings, is about the violations of my rights, on a very egregious level.  Just to reiterate, FCRA has a statutory damage of $1000.00.  CICI pulled my consumer report forty (40) times and that's totaling in the sum amount of $40,000.00.  I am trying to be amicable and honest, but we need to talk about this before I file the complaint.  We can resolve this dispute, I am capable of handling this matter, but if you won't talk to me, I will diligently seek an attorney before I file, now you would have attorney fees on top of the pain and suffering.  This is for mitigation purposes only and nothing else!  This is not a shake down or opportunist, I know my rights and they have been violated by CICI.

At this time I am prepared to settle this matter now outside of court for violations of FCRA, Impermissible access for $30,000.00.  Again, if we cannot come to an amicable resolution, I will seek an attorney to file this matter in Federal District Court, Central District of California for said violations and demand a trial by jury.  Let's come to an amicable settlement of the violations, so please contact me at dlthomas32@gmail.com by May 13, 2013 (by 5 pm PST), or it will be filed.

Date: May 1, 2013

Respectfully,

Deon Thomas

Certified Mail No.

Exh. H-6

# FAX

| | | | |
|---|---|---|---|
| To: | CONSUMERINFO.COM, INC. | From: | Deon Thomas |
| Fax: | 972-390-4973 | Pages: | 1 ⓪ |
| Phone: | | Date: | 5/1/2013 |
| Re: | Notice of Pendency of Action | CC: | |

[x] Urgent   [ ] For Review   [ ] Please Comment   [ ] Please Reply   [ ] Please Recycle

This notice is an official communication to Consumerinfo.com, Inc. of all intentions to amicably handle my very serious concerns about violation of Fair Credit Reporting Act (FCRA) by your company.  Please do not ignore this correspondence.

Best Regards,

Deon Thomas

Exh. H-7

ejet Pro 8600 N911n Series

Fax Log for
Thomas
951-242-7015
May 01 2013 5:39PM

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| May 1 | 5:34PM | Fax Sent | 19723904973 | 4:00 N/A | 11 | OK |

*Exh. H-8*

# EXHIBIT I



May 7, 2013


Deon Thomas
14626 Red Gum St
Moreno Valley, CA 92555

**RE:    Membership Charges**

Dear Deon Thomas:

Thank you for your letter and for the opportunity to respond to your concerns.

We offer a credit report along with a trial membership to Credit Monitoring.  Our
website and the order form describe the offer in detail, including billing at the end
of the trial and monthly thereafter unless and until the customer notifies us of
their wish to cancel.  The consumer agrees to these terms when submitting
his/her order.

Our records indicate that a credit report and trial membership was ordered and
not cancelled within the trial period.  Consequently, in accordance with the terms
of the offer, the credit card provided was charged the monthly membership fee.
As a courtesy, we have refunded a total of 3 of the monthly fees you had been
billed.

Sincerely,

Consumer Relations Department

Exh. I

# EXHIBIT J

# 1-5

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

**<u>Sent Certified Mail and fax to</u>**:
CONSUMERINFO.COM, Inc.
475 Anton Blvd
Costa Mesa, CA 92626

**NOTICE OF PENDENCY OF ACTION**

To Lisa Hall,

I would like to thank you for calling me on May 5, 2013 at 2:21 p.m., the conversation was very in lightning.  I am convinced more than ever that I have a proper claim and violations against Consumerinfo.com, LLC (CICI), for Fair Credit Report Act (FCRA) 15 U.S.C. §1681b.

During our conversation you were heard to say;

1.   That I requested a higher refund back from CICI;
2.   CICI records show money refunded back into your account;
3.   Disputes should not be sent to CICI, but to the CRA's;
4.   The inquires made by CICI were not seen by anyone else but you;
5.   Payments were being made to CICI from your account;
6.   We have you mother's maiden name;
7.   We have an email account number as dlthomas32@gmail.com.
8.   Your account with CICI were done electronically.

It is my belief and understanding the CICI does not argue they obtained consumer report.  It is also my belief that Ms. Hall made statements about me that are false and conclusory.  *See. Leigh v Warner Bros., Inc.*, 212 F.3d 1210, 1217 (11th Cir. 2000)[1] and *Ellis v England*, 432 F.3d 1321, 1325-26 (11th Cir. 2005).   Mere conclusory statements made without providing competent proof will not hold up in any court.  The statements that Ms. Hall were heard to say are all false, there is no way

Certified Mail # 7013 0600 0000 4598 0319

*Exh. J-1*

CICI can prove any account belong to me or provide any verified evidence, so anything that may be provided as evidence will all be considered hearsay. Any and all evidence you have could be made up and contrived.

I have every right to dispute with CICI, if I believe they obtained my consumer report without a permissible purpose, as alleged in my succinct drafted complaint. Even though Ms. Hall said my dispute is with the CRA, in which I disagree in part, I did dispute CICI being on my consumer report with Experian on September 2, 2011. CICI is not reporting a trade line in my consumer report, so my dispute should not ONLY be with the CRA. The FCRA does not differentiate between a hard pull (seen by others) and soft pull (only seen by consumer and CRA), so bring a claim for an impermissible purpose is a valid claim. After I disputed with CICIC on August 17, 2011, April 2, 2012 and November 2, 2012, they did not provide any written response to any of my disputes to explain their permissible purpose. CICI had plenty of opportunities to respond and failed to do so, as such I am sure I will prevail if we go in front of a jury in federal court. PACER, shows CICI violates individual rights all the time as I am a member.

Once again, at this time I am prepared to settle this matter now outside of court for violations of FCRA, Impermissible access for $30,000.00. I do not see any reason this cannot be resolved and both side holding their dignity, so write me, call me or email me at dlthomas32@gmail.com by May 28, 2013 (by 5 pm PST), so we can come to an agreement. If we cannot come to a resolution, I will have no choice but to seek justice in front of a jury in federal court, and I am more than capable of doing so.

Date: May 16, 2013

Respectfully,

Deon Thomas

Certified Mail # 7013 0600 0000 4598 0319

Exh. J-2

HP Officejet Pro 8600 N911n Series

**Fax Log for**
Thomas
951-242-7015
May 16 2013 3:59PM

Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| May 16 | 3:57PM | Fax Sent | 19723904973 | 1:14 N/A | 3 | OK |

Exh. J-3

# FAX

| | | | |
|---|---|---|---|
| **To:** | CONSUMERINFO.COM,INC. | **From:** | Deon Thomas |
| **Fax:** | 972-390-4973 | **Pages:** | 3 |
| **Phone:** | [Type the recipient phone number] | **Date:** | 5.16.2013 |
| **Re:** | Response phone convo. With Lisa Hall | **CC:** | |

[x] Urgent     [ ] For Review     [ ] Please Comment     [ ] Please Reply     [ ] Please Recycle

To Legal Department-Lisa Hall, Business Analyst

This letter attached hereto is a response phone conversation with Lisa Hall on May 15, 2013.

5.16.2013

Exh. J-4



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com™

OFFICIAL USE

| Postage | $ | $0.46 | 006 |
| Certified Fee | | $3.10 | 13 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.56 | 05/16/2013 |

Sent To   Consumerinfo.Com,Inc.   Attn: Lisa Hall
Street, Apt. No.,
or PO Box No.   475 Anton BLVD
City, State, ZIP+4   Costa Mesa CA 92626

PS Form 3800, August 2006                    See Reverse for Instructions

Exh. J-5

# EXHIBIT K

# 1-6



**Notice of Pendency of Action - Thomas**

12 messages

---

**Lisa Hall** <Lisa.Hall@experianinteractive.com>
To: "dlthomas32@gmail.com" <dlthomas32@gmail.com>

Fri, May 31, 2013 at 11:30 AM

Mr. Thomas:

I received your voicemail and wanted to get back to you. Our records reveal that you enrolled in Triple Advantage credit monitoring on July 20, 2011. Pursuant to the terms of your membership, Experian Consumer Services monitored your credit from July 20, 2011 through April 26, 2013. Specifically, during the course of your membership in the Triple Advantage credit monitoring product, soft inquiries were made on the following dates:

7/21/2011, 7/21/2011, 7/28/2011, 7/31/2011, 8/1/2011, 8/3/2011, 8/10/2011, 8/15/2011, 8/22/2011, 9/1/2011, 9/13/2011, 9/15/2011, 10/04/2011, 11/11/2011, 11/22/2012, 12/12/2012, 12/14/2011, 12/15/2012, 12/10/2011, 12/17/2011, 12/21/2011, 12/28/2011, 1/20/2012, 3/1/2012, 6/8/2012, 6/30/2012, 6/30/2012, 8/02/2012, 8/03/2012, 11/15/2012, 12/14/2012, 12/15/2012, 12/16/2012, 2/07/2013, 2/19/2013, 3/19/2013, 4/23/2013.

Each of these soft inquires was properly made on your behalf as part of Triple Advantage credit monitoring in which you enrolled. The use of soft inquires to monitor your credit indicates that the Triple Advantage product functioned as designed. I trust that this letter resolves your concerns.

Thank you,

Lisa Hall

Business Analyst

Experian Consumer Services

Lisa.Hall@experianinteractive.com

949-567-7664

---

**Deon t** <dlthomas32@gmail.com>
To: lisahall@experianinteractive.com.certified.readnotify.com

Fri, May 31, 2013 at 2:46 PM

Ms. Hall,

According to last letters sent to conumerinfo.com, Inc., dated May 16, 2013, I specifically stated the dates August 17, 2011, April 2, 2012 and November 2, 2012, of my disputes with them, and they failed to respond to any of my requests to authenticate and verify their reason for inquiring my consumer report.  As I stated to you on our phone conversation May 5, 2013, the FCRA does not differentiate between and soft or hard inquiries, so this argument is moot.  Also, In the letter I requested again strict proof of any verifiable evidence that what you assert is true or they did not violate FCRA, and your

Exh K-1

9/5/13                                        Gmail - Notice of Pendency of Action - Thomas

email correspondence failed to proof anything. This matter is far from resolved because what you are claiming is false and conclusory.

You stated that "Our records reveal that you enrolled in Triple Advantage credit monitoring on July 20, 2011", yet you did not provide any such records or evidence of any signed enrollment form from this date or any date. Further you state "Pursuant to the terms of your membership, Experian Consumer Services monitored", again you did not state what type of membership nor produced a copy of an alleged membership with any entity nor have I ever heard of Experian Consumer Services. You are naming multiple entities and non of which I had any business dealings with or signed any agreement form, especially consumerinfo.com, Inc. If I would make the comparison to what you are asserting, is just like saying Capital One, Capital One Home Loans, Capital One Bank, N.A. are the same entities, but they are not they are fully and wholly separate entities, so consumerinfo.com, Inc.,Experian Consumer Services, Experian and Triple Advantage credit monitoring are solely different entities from my research. I stand by my claim that consumerinfo.com, Inc. did not have a permissible purpose to obtain my consumer report.

The information you assert if bogus and false, without providing any proof of any kind. I really don't won't to banter back and forth, without you providing me any verifiable proof. You have yet to offer a counter to my demand, and your email does not cut it as any such proof. Please advice or connect me with someone who can make authorized decisions.

Best Regards

Deon Thomas
[Quoted text hidden]

---

**Deon t** <dlthomas32@gmail.com>
To: Lisa.Hall@experianinteractive.com, lisa.hall@experianinteractive.com.certified.readnotify.com          Fri, May 31, 2013 at 2:55 PM

[Quoted text hidden]

---

**Lisa Hall** <Lisa.Hall@experianinteractive.com>
To: Deon t <dlthomas32@gmail.com>                                                        Thu, Jun 13, 2013 at 3:38 PM

Mr. Thomas,

I write to follow up on our last discussion. You claim to have mailed dispute letters to ConsumerInfo.com, Inc. dated August 17, 2011, April 2, 2012, and November 2, 2012. In addition, your draft complaint identifies these dispute letters as Exhibits B through D, but the letters are not attached to the draft complaint. Can you send me copies of these dispute letters? Our review of these letters will better enable us to evaluate and respond to your demand. You can send the letters to my attention via e-mail or postal mail—whichever is more convenient for you.

Kind regards,

Lisa Hall

---

**Deon t** <dlthomas32@gmail.com>
To: Lisa Hall <Lisa.Hall@experianinteractive.com>                                         Fri, Jun 14, 2013 at 7:14 AM

Ms. Hall,

Exh. K-2

Gmail - Notice of Pendency of Action - Thomas

Here attached you will find the documents you requested for Consumerinfo.com, Inc. (CICI) review and that are part of my Exhibits for my proposed complaint. I will certify and confirm in Court under law, under penalty of perjury in the state of California that I mailed the documents by U.S. Postal Service and everything within it is true and correct. The determination of this case can and will be determined by a jury.

I hope this will help in CICI's decision to work things out and evaluate the situation before I move forward. Ms. Hall, we both asserted our positions when we conferred in the past and we do not agree with each other, which is fine, but I have the evidence to prove my case in front of a jury. However, if truth be told, I would rather spend my time and resources elsewhere, as I am sure you and CICI will fill the same way. The courts would also appreciate settling this matter before we enter their jurisdiction, as resources for courts are limited due to cut backs. It is my hope we can resolve this on this side of the courts.

As I stated in my letter on April 19, 2013, "This is for mitigation purpose only", and not a shake-down or intimidation, so please advice how we are going to proceed. You know my demand, which is $30,000.00!

Best Regards,

Deon Thomas

[Quoted text hidden]

📄 **Consumerinfo.com Disputes.pdf**
669K

---

**Deon t** <dlthomas32@gmail.com>
To: Lisa Hall <Lisa.Hall@experianinteractive.com>

Fri, Jun 28, 2013 at 11:00 AM

Ms. Hall,

I send this correspondence as a courtesy and follow up on the dispute letters you requested. I hope reviewing the complaint and dispute letters gave Consumerinfor.com, Inc (CICI) time to carefully evaluate and wisely consider my demand and/or make a counter offer. I did not include the dispute letters as I identified them as Exhibits, because they are going to be included when and if the complaint is file, along with an affidavit attached to complaint, as my complaint is a verified complaint.

Now, It has been two weeks since I sent the dispute letters, so you must let me know by Monday July 1, 2013, if CICI accepted my offer or will make a very reasonable counter offer. Thank you for your time and efforts regarding this very serious matter.

Best Regards,

Deon Thomas
[Quoted text hidden]

---

**Lisa Hall** <Lisa.Hall@experianinteractive.com>
To: Deon t <dlthomas32@gmail.com>

Tue, Jul 2, 2013 at 1:41 PM

Mr. Thomas,

Thank you for sending copies of the letters that you claimed to have mailed to ConsumerInfo.com, Inc., dated August 17, 2011, April 2, 2012, and November 2, 2012. We are still in the process of researching and evaluating the validity of your claims. Please rest assured that we will provide a substantive response to your demand as soon as we finish our review. At present, my goal is to provide that response by next week, but I will keep you posted of any changes or developments. Thank you for your patience.

Exh. K-3

Gmail - Notice of Pendency of Action - Thomas

Kind regards,


Lisa Hall




**From:** Deon t [mailto:dlthomas32@gmail.com]
**Sent:** Friday, June 28, 2013 11:00 AM
**To:** Lisa Hall
**Subject:** Re: Notice of Pendency of Action - Thomas


Ms. Hall,

[Quoted text hidden]

---

**Deon t** <dlthomas32@gmail.com>                                          Fri, Jul 12, 2013 at 12:58 PM
To: Lisa Hall <Lisa.Hall@experianinteractive.com>

Ms. Hall,

This is the end of the week, I was expecting Consumerinfo.com, Inc's. (CICI) reply. I am attempting in good faith to handle this matter, with Court being the last resort, but we need to keep the communication flowing and any negotiation must be in good faith effort on CICI behalf. It is my hope CICI is not prolonging matters to avoid the inevitable. I am anticipating CICI's offer and reply very soon.

Best Regards,

Deon Thomas
[Quoted text hidden]

---

**Lisa Hall** <Lisa.Hall@experianinteractive.com>                        Thu, Jul 18, 2013 at 9:56 AM
To: Deon t <dlthomas32@gmail.com>

Mr. Thomas,


Thank you for your patience. We are still in the process of researching and evaluating the validity of your claims and will complete that analysis as quickly as possible. In the interim, it appears that part of the confusion may arise from use of the "PrivacyGuard" product. When a consumer uses the "PrivacyGuard" product to access their credit report or monitor their credit, it appears that Privacy Guard may obtain the consumer's credit information through one of its service providers, such as ConsumerInfo.com, Inc. ("CIC"). In other words, it seems that when a consumer uses PrivacyGuard to pull a credit report, ConsumerInfo.com, Inc. may access credit information as PrivacyGuard's "service provider" to fulfill that request. As a result, a "PrivacyGuard" order may explain an inquiry on a credit report from ConsumerInfo.com, Inc. Please note that I cannot confirm information about the operation of the PrivacyGuard product or PrivacyGuard's terms and conditions, given that the PrivacyGuard product is not owned by CIC . Nevertheless, I hope that this addresses at least some of your concerns regarding your allegations of "soft inquiries" from CIC on your credit report.


Kind regards,

Lisa Hall

Exh. K-4

**From:** Deon t [mailto:dlthomas32@gmail.com]
**Sent:** Friday, July 12, 2013 12:58 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Deon t** <dlthomas32@gmail.com>
To: Lisa Hall <Lisa.Hall@experianinteractive.com>                    Thu, Jul 18, 2013 at 2:23 PM

Ms. Hall,

Thank you for you correspondence regarding my issues with Consumerinfo.com, LLC (CIC).  First, While reading your email, I see a lot of holes in your explanation in which you are representing your analysis and defense.  It is my belief the the only confusion is on CIC's part in their internal policies and procedures, by losing or destroying dispute documents in their custody and control, having the wrong information about a party and trying to cover up their tracks when they are wrong, about something they knew or should have known was false and erroneous, as described in my case.  Secondly, I am standing strong and I am confident my claim would prevail in front of a jury.  Furthermore, I would like to inform you that there is no confusion on my part, all the facts are on my side.  I have in my possession prompt disputes of CIC being on my consumer report (even if is was a soft or hard pull), CIC does not have any signed agreement or account with me relating to a contract with them, therefore I did not give CIC authorization to obtain my report, never had a business relationship with them, I do not owe a debt to CIC, and I have never paid any money to CIC. Finally, any evidence CIC may have or construct will be pure conjecture and hearsay, which will not stand up in court. Even looking at your email Ms. Hall, anyone with a reasonable mind can construe it as being unfounded information.

With all due respect, I hope the next correspondence by you, will be a more affirmative response about settling this matter or a counter offer.

Best Regards

Deon Thomas
[Quoted text hidden]

---

**Deon t** <dlthomas32@gmail.com>
To: Lisa Hall <Lisa.Hall@experianinteractive.com>                    Wed, Jul 31, 2013 at 1:33 PM

Ms. Hall,

I feel enough time has past for conserinfo.com, Inc. (CIC), to conduct their investigation ans analysis.  CIC has until Friday August 2, 2013, to contact me with their final acessment regarding this matter.  If they don't, I will file my complaint on August 2, 2013.

Best Regards,

Deon Thomas

[Quoted text hidden]

---

**Lisa Hall** <Lisa.Hall@experianinteractive.com>
To: Deon t <dlthomas32@gmail.com>                    Fri, Aug 2, 2013 at 5:23 PM

Mr. Thomas:

Exh. K-5

We have concluded our research and evaluation of the validity of your claims. Our analysis indicates that soft inquiries from ConsumerInfo.com, Inc. allegedly appearing on your credit report were properly made on your behalf as part of credit monitoring products in which you enrolled. As explained previously, the use of soft inquiries to monitor your credit indicates that the products functioned as designed. As a result, we respectfully decline your demand and trust that this letter resolves your concerns.

Thank you,

Lisa Hall

**From:** Deon t [mailto:dlthomas32@gmail.com]
**Sent:** Wednesday, July 31, 2013 1:34 PM

[Quoted text hidden]

[Quoted text hidden]

Exh. K-6

# EXHIBIT L

# 1-2

Superior Court of California, COUNTY OF RIVERSIDE  FILED
13800 Heacock St.D201(2nd FL.)
Moreno Valley, CA  92553
www.riverside.courts.ca.gov

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

OCT 04 2013

R. Banks

NOTICE OF ENTRY OF JUDGMENT
CASE NO.MVS1302752

DEON THOMAS
14626 RED GUM ST
MORENO VALLEY CA 92555

CONSUMERINFOCOM, INC
475 ANTON BLVD
COSTA MESA CA 92626

---

NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: Your small claims case has
been decided. If you lost the case, and the court ordered you to
pay money, your wages and property may be taken without further
warning from the Court.  Read the attached for information about
your rights.

AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: Su caso ha sido
resuelto por la corte para reclamos judiciales menores. Si la corte
ha decidido en su contra y ha ordenado que usted pague dinero, le
pueden quitar su salario, su dinero, y otras cosas de su propiedad,
sin aviso adicional por parte de esta corte.  Lea la siguiente
pagina para obtener informacion de importancia acerca de sus
derechos.

---

Judgment was entered as indicated below on 10/04/13

Judgment on Plaintiff's Claim  for DEON THOMAS

and against Defendant  CONSUMERINFOCOM, INC

in the amount of $2,500.00 Plus costs of $120.00

Exh. L-2

Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.

The court provides small claims advisor services free of charge. For more information, please see the information sheet attached.

Exh. L-2

# EXHIBIT M

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF RIVERSIDE

| TITLE:<br>DEON THOMAS v. CONSUMERINFOCOM, INC. | DATE 9/30/13<br>DEPT. MV1 | NUMBER<br>MVS1302752 |
| --- | --- | --- |
| COUNSEL<br>None | REPORTER<br>None | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF RIVERSIDE<br>OCT 04 2013<br>R. Banks |

PROCEEDING
**STATEMENT OF DECISION**

The court has considered the arguments by both Plaintiff Deon Thomas and the Defendant Consumerinfo.com, Inc. (Consumerinfo.com) through authorized agent David Williams as well as the documentary evidence submitted.

Judgment is awarded to Plaintiff against Defendant in the sum of $2620: $2500 civil penalty plus costs of $120.

The primary reason for the decision for the Plaintiff was based on the lack of a contractual relationship between Plaintiff and Defendant, a lack of permissible purpose for Consumerinfo.com's inquiries, and the lack of responsiveness to Plaintiff's repeated inquiries as to why Consumerinfo.com was making repeated inquiries. The court received insufficient proof that Plaintiff enrolled in a program for crediting monitoring products with Consumerinfo.com. Pursuant to Civil Code §1785.19, the court can award a civil penalty not exceeding $2500, as well as costs against an entity who willfully obtains access to other than as specified in Civil Code §1785.11.

Dated: 10-1-13

Cynthia L. Loo
Judge Pro Tem of the Superior Court

_____, Clerk

STATEMENT OF DECISION

Exhibit M

# EXHIBIT N

# 1-4

Deon Thomas - 2/21/2014

Page 74

1 exhibits attached to your First Amended Complaint?
2    A   There are quite a few.
3    Q   All right.  So let's go to the first one, let
4 me know where it's at.
5    A   Exhibit L under the First Amended Complaint,
6 for the first exhibit received today in the deposition.
7 Her first one was sent May 31, 2013, 11:00 a.m.
8        What's the question?
9    Q   Can you please read her e-mail response to you
10 dated May 31st.
11   A   Mr. Thomas, I received your voicemail and
12 wanted to get back to you.  Our records reveal that you
13 enrolled in Triple Advantage credit monitoring on
14 July 20, 2011.  Pursuant to the terms of the
15 membership, Experian Consumer Services monitored your
16 credit report July 20th of 2011 through April 23, 2013,
17 -- 26, 2013, specifically during the course of your
18 membership in the Triple Advantage credit monitoring
19 product, soft inquiries were made on the following
20 dates.
21       Then she gives a series of dates.  Did you
22 want me to read those dates?
23   Q   You can just go ahead and say the first date
24 and the last date.
25   A   July 21st, 2011 through April 23, 2013.  Each

Page 75

1 of these soft inquiries were probably -- was properly
2 made on your behalf as part of Triple Advantage
3 monitoring in which you enrolled.  The use of soft
4 inquiries to monitor your credit indicates that Triple
5 Advantage product functioned as designed.  I trust that
6 this letter resolves your concern.  Miss Hall.
7    Q   I'm sorry, are you going --
8    A   According to --
9    Q   I'm sorry, Mr. Thomas.  So that was the end of
10 Miss Hall's e-mail to you; is that correct?
11   A   That's correct.
12   Q   And now you're going on to your --
13   A   May 31st at 2:46 --
14   Q   This is your response to her?
15   A   -- p.m.  This is my response to her.
16       Miss Hall, according to last letters sent to
17 Consumer Info, May 16, 2013, I specifically stated that
18 the date August 17, 2011 and April 2, 2012, and
19 November 2, 2012, of my disputes with them and they
20 failed to respond to any of my requests to authenticate
21 and verify their reason for inquiries -- inquiring my
22 consumer report.  As I stated to you on the phone
23 conversation, May 5, 2013, the Fair Credit Reporting --
24 FCRA does not differentiate between soft or hard
25 inquiries.  So this argument is moot.  Also, in the

Page 76

1 letter I requested again strict proof of any verifiable
2 evidence that you -- that what you assert is true or
3 they did not violate FCRA.  And your e-mail
4 correspondence failed to prove anything.  This matter
5 is far from resolved because what you're claiming is
6 false and conclusory.  You state that our records
7 reveal that you enrolled in Triple Advantage credit
8 monitoring on July 20, yet you did not provide any such
9 records or evidence of any signed enrollment form from
10 this date or any date.  Further, you state pursuant to
11 the terms of the membership, Experian Consumer Services
12 monitored.  Again, you did not state what type of
13 membership, nor product -- I'm sorry, nor produced a
14 copy of an alleged membership with any entity nor have
15 I ever heard of Experian's Consumer Services.
16   Q   All right, Mr. Thomas, if I can stop you right
17 there.
18   A   Why?
19   Q   So to clarify, Miss Hall's first e-mail to you
20 stated that the reason CIC was pulling your credit
21 report was because you were a member of a credit
22 monitoring product called Triple Advantage; is that
23 right?
24   A   That's what's stated in her e-mail.
25   Q   Okay.  And you don't recall either way, as you

Page 77

1 said, whether or not you were a member of Triple
2 Advantage?
3    A   According to this statement here, it says that
4 I was not.
5    Q   According to what statement?
6    A   They did not provide any proof that I was.
7    Q   Okay.  Do you have any proof showing that you
8 were not a member of Triple Advantage?
9    A   They didn't provide any in documentation,
10 that's what I was requesting, the reason for my
11 disputes.
12   Q   Okay.  But you don't remember whether or not
13 you ever visited the Experian.com website, whether or
14 not you ever enrolled in Triple Advantage credit
15 monitoring?
16   A   I don't recall.
17   Q   Mr. Thomas, I'll hand to you what the court
18 reporter will mark as Exhibit 2.
19       (Exhibit 2 was marked for
20       identification and is attached hereto.)
21 BY MS. RAHYAR:
22   Q   Do you see that document in front of you?
23   A   Yeah.  Yes, I do.
24   Q   Okay.  And I'll represent to you that this is
25 a true and correct copy of a screenshot from

20  (Pages 74 to 77)

Exh. N-1

**Deon Thomas - 2/21/2014**

Page 78

```
1    IP2location.comm showing the location of the IP address
2    of the computer that was used to enroll in Triple
3    Advantage credit monitoring under your name.
4         And if I can direct you to -- towards the
5    middle of that chart, it shows the IP location as
6    Moreno Valley.
7         Do you see that?
8    A    The middle of the page?
9    Q    Do you see where it says Moreno Valley?
10   A    Yes.
11   Q    Do you live in Moreno Valley, Mr. Thomas?
12   A    Yes.
13   Q    Any reason to believe that's not your IP
14   address?
15   A    Yes.
16   Q    What's that reason?
17   A    Well, for one, this is a copy, not an original
18   document.  And I recognize this document because it was
19   used in the state court to prove that I -- that
20   Consumer Info did not -- I did not enroll in a reported
21   monitoring product with them.  For one, the ZIP code
22   have 92551.  Do you mind reading back my ZIP code?  My
23   ZIP code is 92555.
24   Q    All right.  But it says Moreno Valley here is
25   the location of the IP address and you currently live
```

Page 79

```
1    in Moreno Valley.  That's right, correct?
2    A    Yes.  And as I stated, this document was used
3    in the state court, in appeals court that the results
4    of that is which I won.
5    Q    Mr. Thomas --
6    A    I was just talking.  I thought we weren't
7    talking over each other.
8    Q    Go ahead, I thought you were finished.
9    A    Okay.  No.
10        Within that state case, that -- within the
11   small claims case and also the appellate court case
12   where you were present, the case was won in my favor
13   and proved that I did not enroll with anything with
14   Consumer Info.
15   Q    All right.  Mr. Thomas, I recognize your
16   reference to the small claims appeal and a separate
17   action filed by you against Consumerinfo.com in small
18   claims court in Riverside.  At the appeal of that small
19   claims decision, this document before you marked as
20   Exhibit 2 was not taken into evidence.  So this
21   document was never considered by the small claims court
22   or by the Superior Court reviewing the small claims
23   judgment.
24        All right.  Mr. Thomas, since we're talking
25   about the small claims action, I'll hand to you what
```

Page 80

```
1    the court reporter will mark as Exhibit 3.
2         (Exhibit 3 was marked for
3         identification and is attached hereto.)
4    BY MS. RAHYAR:
5    Q    Do you see this document?
6    A    Yes, I do.
7    Q    Do you recognize it?
8    A    It's a copy of a document that was used in
9    state -- in the small claims court for a decision
10   rendered in small claim where I was the plaintiff and
11   where the Court states that the Court received
12   insufficient proof that plaintiff enrolled in a program
13   for the credit monitoring product with Consumer Info.
14   Q    So Exhibit 3 in front of you is a notice of
15   entry of judgment in your favor of that small claims
16   action, correct?
17   A    That's correct.
18   Q    What was this case about?
19   A    This case was about Consumer Info obtaining my
20   consumer report without a permissible purpose.
21   Q    So your allegations in this case are the same
22   as the allegations -- I'm sorry, I'll rephrase that so
23   it's a little clearer.
24        Your allegations in the small claims case that
25   was appealed to Superior Court and that this notice of
```

Page 81

```
1    entry of judgment is regarding are the same as the
2    allegations in the present action against CIC in
3    federal court; is that right?
4    A    Okay, rephrase that question.
5    Q    Sure.
6         Your allegations against CIC in small claims
7    court are the same allegations against CIC that you are
8    alleging today, correct?
9    A    Same allegations?
10   Q    Yes.
11   A    Yes.
12   Q    So you admit that you already received an
13   award in your favor and a final decision on the same
14   claims that you are bringing again against the same
15   defendant in federal court; is that right?
16   A    Different dates.  For violations of them
17   obtaining my consumer report.
18   Q    And those are the same claims that you brought
19   in small claims; is that right?
20   A    Same allegations.
21   Q    Thank you, Mr. Thomas.
22   A    Different date consumer credit reports.
23   Q    All right, Mr. Thomas.  I'll just rewind a
24   little bit to where we were reading Miss Hall's
25   responses to your disputes to CIC, and these are
```

**Ben Hyatt Certified Deposition Reporters**
**888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com**

Exh. N-2



## Customer Profile Record

**Date:**  September 5, 2013

**Name:**  Deon Thomas

**Address:**  14626 Red Gum St, Moreno Valley, CA 92555

**Previous Address:**  None

**Phone Number:** (951) 413-9071

**Email Address:**  dlthomas32@gmail.com          **IP Address:**  108.0.175.127

**Mother's Maiden Name:** Edwards

**Social Security Number:** *****3295

**Date of Birth:**  3/6/1968

**Username:**  1maximall

**Security Question:** What street did you grow up on?   **Answer:**  Allenhurst

**File Date:**  None          **Time:**  None

**Credit Card Type:**  Visa

**Credit Card Number:**  4342-5620-8046-7838     **Exp. Date:**  05/2014

**Date of Charge:**  7/21/11 – 3/28/13

**Amount of Charge:** $14.95 and $8.97

**Date of Refund:**  4/26/13

**Amount of Refund:**  $26.91

**Product Description:**   Triple Advantage, Search, 884

**Delivery Method:**  Online

**Membership Details:** 7/20/11 -- 4/26/13

Exh. N-3

IP Address: 108.0.175.127

| Location | UNITED STATES. CALIFORNIA. MORENO VALLEY |
|---|---|
| Latitude, Longitude | 33.93752. -117.23059 (33°56'15"S  -117°13'50"E) |
| Connection through | VERIZON ONLINE LLC |
| Local Time | 04 Sep. 2013 08:06 PM (UTC -07:00) |
| Domain | VERIZON.COM |
| Net Speed | DSL |
| Area Code | 909/951 |
| IDD Code | 1 |
| ZIP Code | 92551 |
| Weather Station | MORENO VALLEY (USCA0730) |
| Mobile Country Code (MCC) | - |
| Mobile Network Code (MNC) | - |
| Carrier Name | - |
| Elevation | 519 |
| Usage Type | ISP/MOB |

Exh. N-4

# EXHIBIT O

# 1-7

6/20/2014                                    Maps, Directions, and Utilities

 **iTouchMap.com**
Mobile and Desktop Maps

Maps | Country - State | Places | Google Earth | Cities | Lat - Long

Home » Directions Form » Directions

## Maps, Directions, and Utilities

# Canadian Rockies By Train

travelalberta.us/Train

Experience the Rockies By Train. Luxury Mountain Travel By Rail.

**Directions from 33.93752,-117.23059 to 33.908197,-117.186364**





Print Directions

Undo | Directions | Change

**Notes:**
1. The directions line on the map can be 'dragged' if you want to make a directions change.
2. If the stickman in the upper left corner of the map is colored orange then street views of the area are available. To display the street view move the stickman to your place of interest on the map.

---

**Suggested routes:**

Indian St and Cactus Ave 5.2 mi - about 11 mins
Eucalyptus Ave, Lasselle St and Cactus Ave 5.3 mi - about 11 mins
CA-60 E and Nason St 5.5 mi - about 10 mins

---

 24746 Webster Avenue, Moreno Valley, CA 92553, USA

5.2 mi - about 11 mins

| | | |
|---|---|---|
| 1. Head west on Webster Ave toward Val View St | 0.3 mi |
| 2. Take the 2nd left onto Indian St | 1.9 mi |
| 3. Turn left onto Cactus Ave | 2.9 mi |
| 4. Turn right onto Cider Gum Way | 184 ft |
| 5. Turn right onto Willow Leaf Rd | 203 ft |
| 6. Take the 1st left onto Grace Ln | 262 ft |
| 7. Turn right onto Honey Scented Rd | 331 ft |
| 8. Honey Scented Rd turns left and becomes Red Gum St Destination will be on the left | 236 ft |

 14625 Red Gum Street, Moreno Valley, CA 92555, USA

Map data ©2014 Google

---

© iTouchMap.com 2007-2014

Exh. O-1

http://itouchmap.com/?f=33.93752%2C-117.23059&t=33.908197%2C-117.186364&way=&units=IMPERIAL&gt=&gmpg=&depart=00%3A00&submit=Get+Dire...

6/20/2014                                    Latitude and Longitude of a Point



                                             Maps | Country - State | Places | Google Earth | Cities | Lat - Long

Home » Latitude and Longitude of a Point

| | |
|---|---|
| To **find** the latitude and longitude of a point Click ↗ on the map, Drag the marker, or **enter** the... | No input file specified. |

Address: 123 Street, City State/Country _____   GO

Map Center: Get Address – Land Plat Size – Street View – Area Photographs

Try out 3D Google Earth. Google Earth gives you a 3D look of the area around the center of the map, which is usually your last click ↗ point, and includes latitude, longitude and elevation information.

No input file specified.

## Latitude and Longitude of a Point



Map data ©2014 Google Imagery ©2014 , County of S...... nardi..., DigitalGlobe, U... Report a map error

| | |
|---|---|
| [ Clear / Reset ]  [ Remove Last Blue Marker ]  [ Center Red Marker ] | **Show Point from Latitude and Longitude** |
| | Use this if you know the latitude and longitude coordinates of a point and want to see where on the map the point is. |
| **Get the Latitude and Longitude of a Point** | Use: + for N Lat or E Long   − for S Lat or W Long. |
| When you click ↗ on the map, move the marker or enter an address the latitude and longitude coordinates of the point are inserted in the boxes below. | Example: +40.689060 -74.044636<br>Note: Your entry should not have any embedded spaces. |
| | Decimal Deg. Latitude:   33.93752 |
| Latitude:   33.937520 | Decimal Deg. Longitude:   -117.23059 |
| Longitude:  -117.230590 | [ Show Point ] |
| | Example: +34  40  50.12  for 34N 40' 50.12" |

| | Degrees | Minutes | Seconds | | | Degrees | Minutes | Seconds |
|---|---|---|---|---|---|---|---|---|
| Latitude: | 33 | 56 | 15.0714 | | Latitude: | | | |
| Longitude: | -117 | 13 | 50.124 | | Longitude: | | | |

[ Show Point ]

© iTouchMap.com 2007-2014

---

*Exh. O-2*

6/21/2014                                     Latitude and Longitude of a Point

**iTouchMap.com**
Mobile and Desktop Maps

Maps | Country - State | Places | Google Earth | Cities | Lat - Long

Home » Latitude and Longitude of a Point

To **find** the latitude and longitude of a point Click on the map, Drag the marker, or enter the...

**Address:** 123 Street, City State/Country          GO

**Map Center:** Get Address - Land Plat Size - Street View - Area Photographs

Try out 3D Google Earth. Google Earth gives you a 3D look of the area around the center of the map, which is usually your last click point, and includes latitude, longitude and elevation information.

## Truly Self-Directed IRA

idirectlaw.com

Checkbook Control of IRA/401k- Buy Real Estate & More w/No Tax Penalty

## Latitude and Longitude of a Point



Google                                         Map data ©2014 Go Report a map error

---

Clear / Reset    Remove Last Blue Marker
Center Red Marker

**Get the Latitude and Longitude of a Point**

When you click on the map, move the marker or enter an address the latitude and longitude coordinates of the point are inserted in the boxes below.

Latitude:

Longitude:

|  | Degrees | Minutes | Seconds |
|---|---|---|---|
| Latitude: |  |  |  |
| Longitude: |  |  |  |

**Show Point from Latitude and Longitude**

Use this if you know the latitude and longitude coordinates of a point and want to see where on the map the point is.
Use: ✚ for N Lat or E Long   − for S Lat or W Long.
Example: +40.689060  -74.044636
Note: Your entry should not have any embedded spaces.

Decimal Deg. Latitude:     33.93752

Decimal Deg. Longitude:    -117.23059

Show Point

Example: +34  40  50.12  for 34N 40' 50.12"

|  | Degrees | Minutes | Seconds |
|---|---|---|---|
| Latitude: |  |  |  |
| Longitude: |  |  |  |

Show Point

---

© iTouchMap.com 2007- 2014

GET PRICES FOR OIL CHANGES, TUNE-UPS AND MORE.    Estimate Service    Enter Make    Enter Model    Year    cars.com

Exh. O-3

6/21/2014                                                 Latitude and Longitude of a Point



 **iTouchMap.com**
Mobile and Desktop Maps

Maps | Country - State | Places | Google Earth | Cities | Lat - Long

Home » Latitude and Longitude of a Point

To find the latitude and longitude of a point Click on the map, Drag the marker, or enter the...

**Address :** 123 Street, City State/Country      GO

**Map Center:** Get Address - Land Plat Size - Street View - Area Photographs

Try out 3D Google Earth. Google Earth gives you a 3D look of the area around the center of the map, which is usually your last click point, and includes latitude, longitude and elevation information.

## Truly Self-Directed IRA

idirectlaw.com

Checkbook Control of IRA/401k- Buy Real Estate & More w/No Tax Penalty

## Latitude and Longitude of a Point



24753 Webster Ave, Moreno Valley, California
Address is approximate

Google                                                          Report a problem

---

Clear / Reset      Remove Last Blue Marker

Center Red Marker

**Get the Latitude and Longitude of a Point**

When you click on the map, move the marker or enter an address the latitude and longitude coordinates of the point are inserted in the boxes below.

Latitude:    33.938504

Longitude:   -117.229846

|          | Degrees | Minutes | Seconds |
|----------|---------|---------|---------|
| Latitude: | 33      | 56      | 18.6144 |
| Longitude: | -117   | 13      | 47.445  |

**Show Point from Latitude and Longitude**

Use this if you know the latitude and longitude coordinates of a point and want to see where on the map the point is.
Use: + for N Lat or E Long    – for S Lat or W Long.
Example: +40.689060 -74.044636
Note: Your entry should not have any embedded spaces.

Decimal Deg. Latitude:    33.93752

Decimal Deg. Longitude:   -117.23059

Show Point

Example: +34  40  50.12  for 34N 40' 50.12"

|          | Degrees | Minutes | Seconds |
|----------|---------|---------|---------|
| Latitude: |        |         |         |
| Longitude: |       |         |         |

Show Point

---

© iTouchMap.com 2007-2014

GET PRICES FOR OIL CHANGES, TUNE-UPS AND MORE.    Estimate Service    Enter Make    Enter Model    Year    cars.com    ALL DRIVE Motors

Exh. O-4

6/21/2014                                          Latitude and Longitude of a Point


**iTouchMap.com**
Mobile and Desktop Maps

Maps | Country - State | Places | Google Earth | Cities | Lat - Long

Home » Latitude and Longitude of a Point

To find the latitude and longitude of a point Click on the map, Drag the marker, or enter the...

**Address:** 123 Street, City State/Country    [GO]

**Map Center:** Get Address - Land Plat Size - Street View - Area Photographs

Try out 3D Google Earth. Google Earth gives you a 3D look of the area around the center of the map, which is usually your last click point, and includes latitude, longitude and elevation information.

## Truly Self-Directed IRA

idirectlaw.com

Checkbook Control of IRA/401k- Buy Real Estate & More w/No Tax Penalty

## Latitude and Longitude of a Point



24757 Starcrest Dr, Moreno Valley, California
Address is approximate

Google    Report a problem

---

[ Clear / Reset ]  [ Remove Last Blue Marker ]
[ Center Red Marker ]

**Get the Latitude and Longitude of a Point**

When you click on the map, move the marker or enter an address the latitude and longitude coordinates of the point are inserted in the boxes below.

Latitude:    33.938504

Longitude:   -117.229846

|           | Degrees | Minutes | Seconds  |
|-----------|---------|---------|----------|
| Latitude: | 33      | 56      | 18.6144  |
| Longitude:| -117    | 13      | 47.445   |

**Show Point from Latitude and Longitude**

Use this if you know the latitude and longitude coordinates of a point and want to see where on the map the point is.
Use: + for N Lat or E Long    - for S Lat or W Long.
Example: +40.689060 -74.044636
Note: Your entry should not have any embedded spaces.

Decimal Deg. Latitude:    33.93752

Decimal Deg. Longitude:   -117.23059

[ Show Point ]

Example: +34  40  50.12  for 34N 40' 50.12"

|           | Degrees | Minutes | Seconds |
|-----------|---------|---------|---------|
| Latitude: |         |         |         |
| Longitude:|         |         |         |

[ Show Point ]

---

© iTouchMap.com 2007-2014

GET PRICES FOR OIL CHANGES, TUNE-UPS AND MORE    Estimate Service    Enter Make    Enter Model    Year    cars.com  ALL DRIVE No limits

Exh. O-5


**iTouchMap.com**
Mobile and Desktop Maps

Maps | Country - State | Places | Google Earth | Cities | Lat - Long

Home » Latitude and Longitude of a Point

To find the latitude and longitude of a point Click on the map, Drag the marker, or enter the...

**Address:** 14626 red gum st., moreno valley    GO

**Map Center:** Get Address – Land Plat Size – Street View – Area Photographs

Try out 3D Google Earth. Google Earth gives you a 3D look of the area around the center of the map, which is usually your last click point, and includes latitude, longitude and elevation information.

No input file specified.

No input file specified.

## Latitude and Longitude of a Point

Latitude - Longitude:
33.908197,-117.186364

Lat: 33° 54' 29.5092"
Long: -117° 11' 10.9098"

Map data ©2014 Google Imagery ©2014 , County of S...io, ...ardi..., DigitalGlobe, U...Report a map error

Clear / Reset    Remove Last Blue Marker

Center Red Marker

**Get the Latitude and Longitude of a Point**

When you click on the map, move the marker or enter an address the latitude and longitude coordinates of the point are inserted in the boxes below.

Latitude:    33.908092

Longitude:   -117.185411

|          | Degrees | Minutes | Seconds |
|----------|---------|---------|---------|
| Latitude | 33      | 54      | 29.1312 |
| Longitude| -117    | 11      | 7.4796  |

**Show Point from Latitude and Longitude**

Use this if you know the latitude and longitude coordinates of a point and want to see where on the map the point is.
Use:+ for N Lat or E Long   − for S Lat or W Long.
Note: Your entry should not have any embedded spaces.

Decimal Deg. Latitude:    33.93752

Decimal Deg. Longitude:   -117.23059

Show Point

Example:+34  40  50.12  for 34N 40' 50.12"

|          | Degrees | Minutes | Seconds |
|----------|---------|---------|---------|
| Latitude |         |         |         |
| Longitude|         |         |         |

Show Point

© iTouchMap.com 2007-2014

Exh. O-6

6/21/2014                                           Latitude and Longitude of a Point

Ads by Keep Now                                                                    Ad Options

 **iTouchMap.com**
Mobile and Desktop Maps

Maps | Country - State | Places | Google Earth | Cities | Lat - Long

Home » Latitude and Longitude of a Point

To find the latitude and longitude of a point **Click** on the map, **Drag** the marker, or enter the...

Address: 14626 red gum st., moreno valley ca 92555     GO

**Map Center:** Get Address – Land Plat Size – Street View – Area Photographs

**Try out** 3D Google Earth. **Google Earth** gives you a 3D look of the area around the center of the map, which is usually your last click point, and includes latitude, longitude and elevation information.


**DEPLOY EARLY. DEPLOY OFTEN.**   FIND OUT HOW ►   **rackspace**
the open cloud company
**DevOps** from Rackspace: **AUTOMATION**

## Latitude and Longitude of a Point



Latitude - Longitude:
33.908197,-117.186364

Lat: 33° 54' 29.5092"
Long: -117° 11' 10.9098"

Map data ©2014 Google Imagery ©2014 , County of San Bernardino, DigitalGlobe, 20 m   al Survey, USDA Report a map error

---

Clear / Reset      Remove Last Blue Marker

Center Red Marker

**Get the Latitude and Longitude of a Point**

When you click on the map, move the marker or enter an address the latitude and longitude coordinates of the point are inserted in the boxes below.

Latitude:    33.908189

Longitude:   -117.186366

| | Degrees | Minutes | Seconds |
|---|---|---|---|
| Latitude: | 33 | 54 | 29.4804 |
| Longitude: | -117 | 11 | 10.9176 |

**Show Point from Latitude and Longitude**

Use this if you know the latitude and longitude coordinates of a point and want to see where on the map the point is.
Use: **✛** for **N** Lat or **E** Long   **–** for **S** Lat or **W** Long.
**Example:** +40.689060 -74.044636
**Note:** Your entry should not have any embedded spaces.

Decimal Deg. Latitude:

Decimal Deg. Longitude:

Show Point

**Example:** +34  40  50.12  for *34N 40' 50.12"*

| | Degrees | Minutes | Seconds |
|---|---|---|---|
| Latitude: | | | |
| Longitude: | | | |

Show Point

Exh. 0-9