1  Nilab N. Rahyar (State Bar No. 272810)
   nnrahyar@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Attorneys for Defendant
   CONSUMERINFO.COM, INC.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                             **EASTERN DIVISION**

11

| DEON THOMAS, | CASE NO.  EDCV13-1712 GW (DTBx) |
|---|---|
| Plaintiff, | Assigned for all purposes to: Honorable George H. Wu |
| v. | **NOTICE OF INFORMATION RE IMPROPER NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| CONSUMERINFO.COM, INC., | |
| Defendant. | |
| | Hearing Date:  July 21, 2014 |
| | Time:          8:30 a.m. |
| | Courtroom:     10 |

IRI-64028v1

NOTICE OF INFORMATION RE IMPROPER NOTICE
OF PLAINTIFF'S MOTION FOR SUMMARY JMT
CASE NO.  EDCV13-1712 GW (DTBx)

1     PLEASE TAKE NOTICE THAT Plaintiff Deon Thomas' ("Plaintiff")
Motion for Summary Judgment, the proof of service of which shows service by mail on Defendant Consumerinfo.com ("CIC") on June 23, 2014, and set for hearing on July 21, 2014, fails to provide adequate notice pursuant to Central District Local Rule 6-1, and should be stricken on this basis.

Dated: June 25, 2014                                 JONES DAY

                                                By: */s/ Nilab N. Rahyar*
                                                    Nilab N. Rahyar
                                                    Attorneys for Defendant
                                                    CONSUMERINFO.COM, INC.


# PROOF OF SERVICE

I, Deborah Hayes, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **June 25, 2014**, I served a copy of the within document(s):

**NOTICE OF INFORMATION RE IMPROPER NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

☒ by electronic submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

I am readily familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF user(s) were served:

**Deon Thomas**  **Plaintiff**
**14626 Red Gum Street**  **IN PRO PER**
**Moreno Valley, CA  92555**
**Telephone:  (951) 413-9071**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 25, 2014**, at Irvine, California.

*/s/ Deborah Hayes*
Deborah Hayes