FILED

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071

2014 JUN 26  AM 11:09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DEON THOMAS
*Plaintiff*

vs.

Consumerinfo.com, Inc.
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ED 13-cv-01712 GW (DTBx)

PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S NOTICE OF INFORMATION RE IMPROPER NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Hearing Date:   July 21, 2014
Time:           8:30 a.m.
Courtroom:      10
Judge: Hon. George H. Wu

- 1 -
PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S NOTICE OF INFORMATION RE IMPROPER NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT Plaintiff Deon Thomas' ("Plaintiff") submit his objections to Defendant's Consumerinfo.com, Inc. ("CIC") Notice of Information RE Improper Notice of Plaintiff's Motion for Summary Judgment. (DOC # 26). Here Defendant's are couching a Motion to Strike inside a Notice. Defendant's has proffered to the Court A Motion to Strike masquerading as a Notice and Plaintiff request the court to reject Defendant's Notice. Plaintiff has properly complied with the Federal and Local Rules regarding his Notice of Motion and Motion for Summary Judgment and asked this Court to continue the Hearing dated on July 21, 2014 at 8:30 a.m. (DOC # 25).

DATED: June 26, 2014

*Deon Thomas*, Plaintiff

PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT'S NOTICE OF INFORMATION RE IMPROPER NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

CERTIFICATE OF SERVICE

I, Deon Thomas, hereby certify that a copy of the foregoing was mailed to JONES DAY, Nalib N. Rahyar, attorney of record for Defendant Consumerinfo.com, Inc., by first class mail addressed to:

Nalib N. Rahyar
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408

Attorney for Defendant Consumerinfo.com, Inc.

I declare under perjury under the laws of the State of California that the forgoing is true and correct.

Date: June 26, 2014

Deon Thomas