1  Nilab N. Rahyar (State Bar No. 272810)
   nnrahyar@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:  (949) 851-3939
4  Facsimile:   (949) 553-7539

5  Attorneys for Defendant
   CONSUMERINFO.COM, INC.

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **EASTERN DIVISION**

11 | DEON THOMAS, | CASE NO.  EDCV13-1712 GW (DTBx) |
12 | Plaintiff, | Assigned for all purposes to:<br>Honorable George H. Wu |
13 | v. | **[PROPOSED] ORDER GRANTING** |
14 | CONSUMERINFO.COM, INC., | **DEFENDANT**<br>**CONSUMERINFO.COM'S MOTION** |
15 | Defendant. | **FOR SUMMARY JUDGMENT** |
16 | | *[Notice of Motion and Motion for* |
17 | | *Summary Judgment; Statement of*<br>*Uncontroverted Facts; Declaration of* |
18 | | *Nilab N. Rahyar; Declaration of David*<br>*Williams; and [Proposed] Judgment* |
19 | | *Filed Concurrently Herewith]* |
20 | | Hearing Date:   July 31, 2014<br>Time:              8:30 a.m. |
21 | | Courtroom:      10 |

22

23     Defendant ConsumerInfo.com ("CIC") moved pursuant to Federal Rule of

24 Civil Procedure 56 for an order granting summary judgment on all of Plaintiff's

25 claims against CIC.  Having considered the moving papers, the pleadings and

26 record of the Court herein, and the oral argument, the Court hereby GRANTS

27 CIC's Motion for Summary Judgment in its entirety.

28

IRI-62408v1

1    The Court hereby enters summary judgment in CIC's favor, and dismisses all

2    of Plaintiff's claims against CIC with prejudice.

3         IT IS SO ORDERED.

4

5    Dated: _____, 2014

6                                                    _____
                                                     Honorable George H. Wu
                                                     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT
Case No.  EDCV13-1712 GW (DTBx)

**PROOF OF SERVICE**

I, Deborah Hayes**,** declare I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  On **June 30, 2014**, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT CONSUMERINFO.COM'S MOTION FOR SUMMARY JUDGMENT**

☒   by electronic submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

I am readily familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the Court.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  Under said practice, the following CM/ECF user(s) were served:

**Deon Thomas**                                    **Plaintiff**
**14626 Red Gum Street**                  **IN PRO PER**
**Moreno Valley, CA  92555**
**Telephone:  (951) 413-9071**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **June 30, 2014**, at Irvine, California.

*/s/ Deborah Hayes*
Deborah Hayes

[PROPOSED] ORDER GRANTING MOTION
FOR SUMMARY JUDGMENT
Case No.  EDCV13-1712 GW (DTBx)