Nilab N. Rahyar (State Bar No. 272810)
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
CONSUMERINFO.COM, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DEON THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONSUMERINFO.COM, INC.,<br><br>　　　　Defendant. | CASE NO. EDCV13-1712 GW (DTBx)<br><br>Assigned for all purposes to:<br>Honorable George H. Wu<br><br>**SUPPLEMENTAL DECLARATION OF NILAB N. RAHYAR IN SUPPORT OF DEFENDANT CONSUMERINFO.COM, INC'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Reply in Support of Motion for Summary Judgment; Supplemental Declaration of David Williams; Response to Statement of Genuine Disputes Filed Concurrently Herewith]*<br><br>Hearing Date: July 31, 2014<br>Time:　　　8:30 a.m.<br>Courtroom: 10 |

　　I, Nilab N. Rahyar, declare and state as follows:

　　1.　　I am the attorney of record for ConsumerInfo.com, Inc. ("CIC") in this matter, and am duly licensed to practice before all courts in the State of California. I have personal knowledge of the following facts, and if called upon to testify, I would and could competently testify thereto.

IRI-64646v1

SUPPLEMENTAL DECLARATION OF
NILAB N. RAHYAR ISO REPLY TO MSJ
CASE NO. EDCV13-1712 GW (DTBx)

1     2.      CIC served its initial disclosures in this matter on December 2, 2013.

2     3.      CIC's initial disclosures designated David Williams and identified the documents it anticipated relying on, including Plaintiff's consumer credit disclosures, correspondence from Plaintiff or on Plaintiff's behalf to CIC, any membership records of Plaintiff, certain confidential documents that CIC will produce only pursuant to an appropriate protective order, any documents submitted by Plaintiff, through initial disclosures or discovery, and any other confidential documents that may be produced pursuant to an appropriate protective order.

     4.      Plaintiff failed to propound any discovery at any point during the discovery period.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on July 17, 2014, in Irvine, California.

*/s/ Nilab N. Rahyar*
Nilab N. Rahyar

1                                         PROOF OF SERVICE

2       I, Deborah Hayes, declare I am a citizen of the United States and employed

3 in Orange County, California. I am over the age of eighteen years and not a party

4 to the within-entitled action. My business address is 3161 Michelson Drive,

5 Suite 800, Irvine, California 92612.4408. On **July 17, 2014**, I served a copy of the

6 within document(s):

7         **SUPPLEMENTAL DECLARATION OF NILAB N. RAHYAR IN SUPPORT OF DEFENDANT CONSUMERINFO.COM, INC'S REPLY IN**

8         **SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

9    ☒      by electronic submission: submitted to the above-entitled Court for

10           electronic filing and service upon the Court's Service List for the above-referenced case.

11

12      I am readily familiar with the United States District Court, Central District of

13 California's practice for collecting and processing electronic filings. Under that

14 practice, documents are electronically filed with the Court. The Court's CM/ECF

15 system will generate a Notice of Electronic Filing (NEF) to the filing party, the

16 assigned judge, and any registered users in the case. The NEF will constitute

17 service of the document. Registration as a CM/ECF user constitutes consent to

18 electronic service through the Court's transmission facilities. Under said practice,

19 the following CM/ECF user(s) were served:

20   **Deon Thomas**                                          **Plaintiff**
    **14626 Red Gum Street**                       **IN PRO PER**

21   **Moreno Valley, CA 92555**
    **Telephone: (951) 413-9071**

22

23      I declare that I am employed in the office of a member of the bar of this court

24 at whose direction the service was made.

25      Executed on **July 17, 2014**, at Irvine, California.

26                                                            */s/ Deborah Hayes*

27                                                             Deborah Hayes

28