UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-1712-GW(DTBx) | Date | July 31, 2014 |
|---|---|---|---|
| Title | *Deon Thomas v. Consumerinfo.com, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Deon Thomas, pro se | Nilab N. Rahyar |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT CONSUMERINFO.COM, INC. [23];**

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [29]**

Court and counsel confer. Defendant will have until August 14, 2014, to file a supplemental brief and a revised statement of uncontroverted facts. Plaintiffs' response will be filed by August 25, 2014. Defendants' reply, if any, will be filed by September 4, 2014. For reasons stated on the record, the above-entitled motions are continued to **September 11, 2014 at 8:30 a.m.**

The pretrial conference and trial dates are vacated and TAKEN OFF-CALENDAR.

**cc: Pro Se Plaintiff**

|  | : | 02 |
|---|---|---|
|  | Initials of Preparer | JG |