Nilab N. Rahyar (State Bar No. 272810)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Telephone: (949) 851-3939

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEON THOMAS | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) <br> v. <br> CONSUMERINFO.COM, INC. <br><br> DEFENDANT(S). | EDCV13-1712 GW (DTBx) <br><br> NOTICE OF MANUAL FILING <br> OR LODGING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Defendant Consumerinfo.Com, Inc.'s Application to File Confidential Declaration of David Williams In Support of Defendant's Motion for Summary Judgment Under Seal

Declaration of David Williams In Support of Consumerinfo.Com, Inc.'s Application to File Under Seal Confidential Declaration of David Williams In Support of Defendant Consumerinfo.Com, Inc.'s Motion for Summary Judgment

[Proposed] Order Granting Defendant Consumerinfo.Com's Application to File Confidential Declaration of David Williams In Support of Defendant's Motion for Summary Judgment Under Seal

**Reason:**
- ☑ Under Seal and/or In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☑ Per Court order dated: July 31, 2014
- ☐ Administrative Record
- ☐ Other:

August 14, 2014
Date

Nilab N. Rahyar
Attorney Name

Defendant CONSUMERINFO.COM, INC.
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (04/14)    NOTICE OF MANUAL FILING OR LODGING