FILED

Deon Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com
    NO FAX

2014 AUG 28  PM 1: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon Thomas
*Plaintiff*

V.

Consumerinfo.com, Inc.
*Defendant*

)
)
)
)
)
)
)
)
)
)

Case No: EDCV13-1712 GW (DTBx)

**DECLARATION OF PLAINTIFF DEON THOMAS IN SUPPORT OF PLAINTIFF DEON THOMAS NOTICE OF MOTION AND MOTION  MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DECLARATION OF DAVID WILLIAMS AND EXHIBIT A**

Date: ~~September~~ October 2, 2014
Time: 8:30 a.m.
Courtroom: 10
Judge:  George H. Wu

## DECLARATION OF PLAINTIFF DEON THOMAS IN SUPPORT OF NOTICE OF MOTION AND MOTION TO STRIKE

NOW COMES Deon Thomas ("Plaintiff") of Riverside County, California who is over the age of 21 years of age, competent to testify and having personal knowledge of the facts stated in this affidavit, and information contained herein are true and correct and declares as follows under penalty of perjury and states as follows:

DECLARATION OF PLAINTIFF DEON THOMAS IN SUPPORT OF PLAINTIFF DEON THOMAS NOTICE OF MOTION AND MOTION  MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DECLARATION OF DAVID WILLIAMS AND EXHIBIT A

Page 1 of 4

1. Plaintiff did not enroll at any time by computer or otherwise with CIC to receive products by Triple Advantage.

2. Plaintiff never purchased, used, maintain, and dispose of products and services from Triple Advantage.

3. Plaintiff never was a consumer who enrolled in a program with CIC to receive products from Triple Advantage.

4. Plaintiff owns two e-machine desk top computers.  The computers are the same  that Plaintiff had at his home during the time Defendant claims service were offered with CIC, July of 2011, and he had not bought any other computer since this time.  Plaintiff used both e-machine computers, and searched the same website Defendant used (IP2Location.com), as seen in William Decl. ¶ 9, for his IP address, and the results for both computers showed IP address: 108.23.94.6, attached here to as Exhibit A, which is not the same as Defendant claims his IP address as being 108.0.175.127.

5. Plaintiff searched his cell phone (HTC EVODESIGN4G) as displayed 951-413-9071 on FAC contact information for an IP Address, and the results were: Wi-Fi Mac Address A0:F4:11:DD:A6, attached hereto as Exhibit B, which is not the same as Defendant claims his IP address as being 108.0175.127.

6. Plaintiff timely disputed with CIC as to why they obtained my consumer credit report, when I never had any business relationship with them on August 17, 2011, by properly affixing address to sealed envelope, proper postage stamp, and deposited into the mail on this date. See (FAC Exhibits C).

7. Plaintiff timely disputed with CIC as to why they obtained my consumer credit report, when I never had any business relationship with them on April 2, 2012, by properly affixing address

to sealed envelope, proper postage stamp, and deposited into the mail on this date.  See (FAC Exhibits D).

8.  Plaintiff timely disputed with CIC as to why they obtained his consumer credit report, when he never had any business relationship with them on November 2, 2012, by properly affixing address to sealed envelope, proper postage stamp, and deposited into the mail on this date. See (FAC Exhibits E).

9.  Document labeled as (IP2Location.com), had longitude and latitude, Plaintiff put numbers 33.93752-117.23059 (33° 56'15"S-117° 13'50"E), as identified in Williams decl. Ex. A, resulted in an address 5.2 miles away from Plaintiff's residence. See (Pl. Affid. Supp. Of Sum J. Ex. O 1-7)

10. The non-attorney declarant Williams– included Exhibit A in support of its Motion for Summary Judgment failed without evidence or citation to show that IP2location.com has a relationship in any way with CIC.

11. Nowhere in Williams declaration does it state the IP2location.com is part of the course and scope of CIC's business records or documents maintained as a business records by CIC, and he does not state he has personal knowledge of IP2location.com website.

12. There is nothing on record to show Williams has knowledge acquired in the course and scope of his job responsibility to properly use the IP2location.com website.

13. Exhibit A does not have a website visible anywhere on the page, which identifies the name IP2location.com.

14.  The identifying information on Exhibit A, are as follows:

- *at top left of page, IP Address: 108.0.175.127;*
- *Location- UNTIDED STATES, CALIFORNIA, MORENO VALLEY;*
- *Latitude, Longitude- 33.93752.-117.23059 (33°59'15"S -117°13'50"E);*
- *Location Time- VERIZON ONLINE LLC;*
- *Location- 04 Sep. 2013 08:06 PM (UTC -07:00);*
- *Domain- VERIZON.COM;*
- *Net Speed- DSL;*
- *Area Code- 909/951;*

DECLARATION OF PLAINTIFF DEON THOMAS IN SUPPORT OF PLAINTIFF DEON THOMAS NOTICE OF MOTION AND MOTION  MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DECLARATION OF DAVID WILLIAMS AND EXHIBIT A

Page 3 of 4

- ***IDD- Code 1;***
- ***ZIP Code- 92551;***
- ***Weather Station- Blank;***
- ***Mobile Country Code (MCC)- Blank;***
- ***Mobile Network Code (MNC)- Blank;***
- ***Carrier Name- Blank;***
- ***Elevation- 519;***
- ***Usage Type- ISP/MOB.***
- ***(Nowhere does it state any relationship between IP2location.com and CIC nor Triple Advantage).***

15. Exhibit A does not have a notary seal to authenticate the document.

16. Plaintiff zip code is 92555; however it shows a zip code of 92551.


   I certify and declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

   Date:  August 28, 2013

   Deon Thomas

DECLARATION OF PLAINTIFF DEON THOMAS IN SUPPORT OF PLAINTIFF DEON THOMAS NOTICE OF MOTION AND MOTION  MEMORANDUM OF LAW POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STRIKE DECLARATION OF DAVID WILLIAMS AND EXHIBIT A

Page 4 of 4

CERTIFICATE OF SERVICE

I, Deon Thomas, hereby certify that a copy of the foregoing was mailed to JONES DAY,

Nalib N. Rahyar, attorney of record for Defendant Consumerinfo.com, Inc., by first class mail

addressed to:

Nalib N. Rahyar
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408

Attorney for Defendant Consumerinfo.com, Inc.

I declare under perjury under the laws of the State of California that the forgoing is true
and correct.

Date: August 28, 2014

Deon Thomas

# EXHIBIT A

/2014    Free Product Demo | IP2Location.com

108.23.94.6

# IP2LOCATION™



Login My Account

Home | Buy Online | Demo | Developers | Contact

## IP2Location™ IP Address Demo

We offer a free demo for up to 20 IP addresses per day. Query limit is 17/20 today.

Sign up free account now to get 200 queries per day.

This demo is based on IP2Location DB24 geolocation database and IP2Proxy PX1 anonymous proxy database.

**IP2Location app in mobile device.**

You can install and use the free IP2Location app in mobile devices using iOS, Android and Windows Phone.

**Enter IP Address:**

[                                        ]

[ Search ]

  Download from Windows Store

0 item selected

# $0.00

View Cart | Checkout

**IP2LOCATION DATABASES**

- IP-Country Database
- IP-Country-ISP Database
- IP-Country-Region-City Database
- IP-Country-Region-City-ISP Database
- IP-Country-Region-City-Latitude-Longitude Database
- IP-Country-Region-City-Latitude-Longitude-ISP Database
- IP-Country-Region-City-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-TimeZone-NetSpeed Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-AreaCode Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode Database
- IP-Country-Region-City-Latitude-Longitude-TimeZone-NetSpeed-Weather Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-

| IP Address | 108.23.94.6 |
|---|---|
| Location | UNITED STATES, CALIFORNIA, MORENO VALLEY |
| Latitude & Longitude | 33.937520, -117.230590 (33°56'15"N  117°13'50"W) |
| ISP | VERIZON ONLINE LLC |
| Local Time | 02 Aug, 2014 04:49 PM (UTC -07:00) |
| Domain | VERIZON.COM |
| Net Speed | (DSL) Broadband/Cable |
| IDD & Area Code | (1) 909/951 |
| ZIP Code | 92551 |
| Weather Station | MORENO VALLEY (USCA0730) |
| Mobile Country Code (MCC) | - |
| Mobile Network Code (MNC) | - |
| Carrier Name | - |
| Elevation | 496m |
| Usage Type | (ISP) Fixed Line ISP, (MOB) Mobile ISP |
| Anonymous Proxy | No |
| Shortcut | http://www.ip2location.com/108.23.94.6 |

ISP-Domain-NetSpeed-AreaCode-Weather Database

IP-Country-Region-City-Latitude-Longitude-ISP-Domain-Mobile Database

IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode-Weather-Mobile Database

IP-Country-Region-City-Latitude-Longitude-ZIPCode-Timezone-Areacode-Elevation Database

IP-Country-Region-City-Latitude-Longitude-ZIPCode-Timezone-ISP-Domain-Netspeed-Areacode-Weather-Mobile-Elevation Database

IP-Country-Region-City-Latitude-Longitude-ISP-Domain-Mobile-UsageType Database

IP-Country-Region-City-Latitude-Longitude-ZIPCode-Timezone-ISP-Domain-Netspeed-Areacode-Weather-Mobile-Elevation-UsageType Database

**CUSTOMER**

Client Login
Download
Developer API
Tutorials

**PRODUCTS**

DB Databases
DN .NET Component
JV Java Component
AZ ActiveX/COM DLL
HM HTTP Module
WS Web Service
SL XML Web Service
PX IP2Proxy™
FD Fraud Detection

**FREE SOFTWARE**

Applications
Reseller List by Country
Email Tracer
Traceroute
Downloader Script
IP2Phrase™
IP2No™
Excel Add-In
Extensions / Plugins
Widgets

**FREE DATABASE**

IP2Location LITE
Sub-Country Database
Continent Multilingual
Country Multilingual
City Multilingual
ZIP Code to Metro
Weather Station Code
Country Flags
World SVG Map
Olson Time Zone
ISO3166-2 Subdivision Code

**LINKS**

Privacy Policy
Terms of Use
Date Accuracy
Area Code Coverage
ZIP Code Coverage
IP Reports
Newsletter
Sitemap

  

Copyright © 2001-2014 IP2Location.com. All Rights Reserved.

http://www.ip2location.com/demo

108.23.94.6

# IP2LOCATION™



Login My Account

Home    Buy Online    Demo    Developers    Contact



Enable IP Geolocation feature in applications

0 item selected

# $0.00

View Cart | Checkout

**Need to know which country, state or city your internet visitors are from? How to get their ISP and domain information? Or check their connection type, ZIP code, area code, weather station or perhaps their mobile carrier information?**

IP2LOCATION™ is a non-intrusive geo IP solution to help you to identify visitor's geographical location, i.e. country, region, city, latitude, longitude, ZIP code, time zone, connection speed, ISP, domain name, IDD country code, area code, weather station code and name, mobile carrier, elevation and usage type information using a proprietary IP address lookup database and technology without invading the Internet user's privacy. The solution is available as database, programming API and hosted solution. Request your free copy of the demo database today.

Free one-month subscription of LocaProxy Developer Plan (worth $19.95) for any new purchases.

## Product Picker

Pick a product on-demand.

| Field Name | Value |
|---|---|
| IP Address | 108.23.94.6 |
| Country | UNITED STATES |
| Region & City | CALIFORNIA, MORENO VALLEY |
| Latitude & Longitude | +33.93752, -117.23059 |
| ZIP Code | 92551 |
| ISP | VERIZON ONLINE LLC |
| Domain | VERIZON.COM |
| Time Zone | -07:00 |
| Net Speed | DSL |

**IP2LOCATION DATABASES**

- IP-Country Database
- IP-Country-ISP Database
- IP-Country-Region-City Database
- IP-Country-Region-City-ISP Database
- IP-Country-Region-City-Latitude-Longitude Database
- IP-Country-Region-City-Latitude-Longitude-ISP Database
- IP-Country-Region-City-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain Database
- IP-Country-Region-City-Latitude-Longitude-TimeZone-NetSpeed Database
- IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed Database

| | IDD Code & Area Code | +(1) 909/951 |
|---|---|---|
| | Weather Station | MORENO VALLEY (USCA0730) |
| | MCC, MNC & Carrier Name | - |
| | Elevation | 496 |
| | Usage Type | ISP/MOB |

Recommended Product:
[DB1] IP-Country Database

## Developing Applications using IP2Location™

- Display native language and currency
- Redirect web pages based on visitor's location
- Digital rights management (DRM)

- Detect and prevent password sharing or abuse of service
- Detect and reduce credit card fraud

---

- Web traffics analysis
- Auto-selection of country on forms
- Filter access from countries you do not do business with

- Geo targeting for increased sales and click-through
- Spam filtering by location
- Display world major cities

[DB1] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-AreaCode Database

[DB2] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode Database

[DB3] IP-Country-Region-City-Latitude-Longitude-TimeZone-NetSpeed-Weather Database

[DB4] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode-Weather Database

[DB5] IP-Country-Region-City-Latitude-Longitude-ISP-Domain-Mobile Database

[DB6] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-NetSpeed-AreaCode-Weather-Mobile Database

[DB7] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-Areacode-Elevation Database

[DB8] IP-Country-Region-City-Latitude-Longitude-ZIPCode-TimeZone-ISP-Domain-Netspeed-Areacode-Weather-Mobile-Elevation Database

[DB9] IP-Country-Region-City-Latitude-Longitude-ISP-Domain-Mobile-UsageType Database

[DB10] IP-Country-Region-City-Latitude-Longitude-ZIPCode-Timezone-ISP-Domain-Netspeed-Areacode-Weather-Mobile-Elevation-UsageType Database

CUSTOMER

Client Login
Download
Developer API
Tutorials

PRODUCTS

[DB] Databases
[DN] .NET Component
[JV] Java Component
[AX] ActiveX/COM DLL

[HM] HTTP Module
[WS] Web Service
[FL] XML Web Service
[IP] IP2Proxy™
[FD] Fraud Detection

FREE SOFTWARE

Applications
Result List by Country
Email Tracer
Traceroute
Geo Visitor Script
(IP2Rank)™
IP2Go™
Email Add-In
Extensions / Plugins
Widgets

FREE DATABASE

IP2Location LITE
IPv6-Country Database
Continent Multilingual
Country Multilingual
City Multilingual
ZIP Code to Metro
Weather Station Code
Country Flags
IPv6 SVG Map
Olson Time Zone
ISO3166-2 Subdivision Code

LINKS

Privacy Policy
Terms of Use
Data Accuracy
Area Code Coverage
ZIP Code Coverage
IP Reports
Newsletter
Site Map

Get it on Google play    Available on the App Store    Download from Windows Store

Copyright © 2001-2014 IP2Location.com. All Rights Reserved.

http://www.ip2location.com/

 How you **connect** to the world    

A/IP    IP LOOKUP    SPEED TEST    BLACKLIST CHECK    TRACE EMAIL    CHANGE IP    HIDE IP    IP TOOLS    FAQS    COMMUNITY

## IP Details for 108.23.94.6

This information should not be used for emergency purposes, trying to find someone's exact physical address, or other purposes that would require 100% accuracy. Please read about geolocation accuracy for more information.

| 108.23.94.6 | Lookup IP Address |

### General IP Information

|  | 108.23.94.6 |
| | 1813470726 |
| | pool-108-23-94-6.lsanca.fios.verizon.net |
| | Verizon FIOS |
| | Verizon FIOS |
| | None detected |
| | Broadband |
| | Dynamic IP |
| | Blacklist Check |

### Geolocation Information

|  |  |
| | United States |
| | California |
| | Moreno Valley |
| | 33.9081 (33° 54' 29.16" N) |
| | -117.1082 (117° 6' 29.52" W) |
| | 951 |
| | 92555 |

**Don't want this known?** Hide your IP details
**Location not accurate?** Update your location

### Geolocation Map



Location not accurate? Try: Update IP Location

### User Comments

No comments. Be the first to add one.

Know more. Do more.
Get IP **Insights**™



Subscribe to our newsletter and boost your IT I.Q. with IP news, hot tips, updates and more.

Get yours today!

Your email

We'll never share your address. You can opt out any time. This is a free publication. Please review our Privacy Policy.

2014

Enter up to 500 characters in your comment about this IP address. Please post questions in the forums.

Submit comment   All comments are moderated.

Related Articles

- How accurate is geolocation?
- How do I hide my IP address?
- How do I change my IP address?
- What is a proxy server?

Privacy Policy   Terms of Use   Disclaimer   Support

© 2000-2011 What Is My IP Address. All Rights Reserved.

# EXHIBIT B

8/2/2014

Screenshot_2014-08-02-17-04-17.png



5:04 PM

# Phone identity

## Phone name
HTCEVODesign4G

## Model number
PH44100

## IMEI
356788048550693

## IMEI SV
01

## Device serial number
HT26PMB00012

## SIM ID
Unknown

## MEID
A1000023DBBCA1

## MEID Decimal
270113181114400673

## Phone number
9514139071

## IMSI
310009094050372



◈ ✳ 🛜 ▮ 5:00 PM

## Hardware information

**Hardware version**
0002

**Processor**
1.2 GHz

**Memory**
768MB

**Display**
4 inch qHD resolution

**Main camera**
5M

**Front camera**
1.3M

**Wi-Fi**
802.11 b/g/n

**Wi-Fi MAC address**
A0:F4:50:11:DD:A6

**Bluetooth**
3.0

**Bluetooth address**
A0:F4:50:08:16:05