Nilab N. Rahyar (State Bar No. 272810)
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
CONSUMERINFO.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DEON THOMAS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CONSUMERINFO.COM, INC.,<br><br>                    Defendant. | CASE NO.  EDCV13-1712 GW (DTBx)<br><br>**DEFENDANT CONSUMERINFO.COM, INC.'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS**<br><br>Hearing Date:   September 11, 2014<br>Time:               8:30 A.M.<br>Courtroom:      10<br>Judge:             George H. Wu |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant ConsumerInfo.com, Inc. ("CIC") hereby submits this Request for Evidentiary Ruling on Specified Objections pursuant to this Court's Standing Order Re Summary Judgment Motions.

/ / /

/ / /

/ / /

/ / /

/ / /

| Evidence at Issue | CIC's Objections | Ruling |
|---|---|---|
| Plaintiff Deon Thomas Resubmit Statement of Genuine issues in Opposition to Defendant Motion for Summary Judgment, Dkt. No. 49. | CIC objects to this document in its entirety as impermissibly filed and outside the scope of this Court's instruction at the July 31, 2014 hearing on the parties' motions for summary judgment. There, the Court requested CIC submit certain additional information regarding Plaintiff's enrollment in CIC's credit monitoring product, Triple Advantage, and requested CIC re-submit its Statement of Genuine Issues in Opposition to Plaintiff's Motion for Summary Judgment to allow Plaintiff an opportunity to cure his failure to file a Response to Statement of Genuine Issues. This document falls outside the Court's instruction to the parties and should be stricken. | ☐ Sustained<br><br>☐ Overruled |
| Plaintiff Deon Thomas Resubmit Statement of Genuine issues in Opposition to Defendant Motion for Summary Judgment, Dkt. No. 54. | CIC objects to this document in its entirety as impermissibly filed and outside the scope of this Court's instruction at the July 31, 2014 hearing on the parties' motions for summary judgment. There, the Court requested CIC submit certain additional information regarding Plaintiff's enrollment in CIC's credit monitoring product, Triple Advantage, and requested CIC re-submit its Statement of Genuine Issues in Opposition to Plaintiff's Motion for Summary Judgment to allow Plaintiff an opportunity to cure his failure to file a Response to Statement of Genuine Issues. This document falls outside the Court's instruction to the parties and should be stricken. | ☐ Sustained<br><br>☐ Overruled |
| Declaration of Plaintiff Deon Thomas Resubmit: Response and Opposition Uncontroverted Fact, Dkt. No. 52. | CIC objects to this document in its entirety as impermissibly filed and outside the scope of this Court's instruction at the July 31, 2014 hearing on the parties' motions for summary judgment. There, the Court requested CIC submit certain additional information regarding Plaintiff's enrollment in CIC's credit monitoring product, Triple Advantage, and requested CIC re-submit its Statement of Genuine Issues in Opposition to Plaintiff's Motion for Summary Judgment to allow Plaintiff an opportunity to cure his failure to file a Response to Statement of Genuine Issues. This document falls outside the Court's instruction to the parties and should be stricken. | ☐ Sustained<br><br>☐ Overruled |

1

2    Dated:  September 4, 2014

3                                                          JONES DAY

4                                                          By: */s/ Nilab N. Rahyar*

5                                                               Nilab N. Rahyar
                                                              Attorneys for Defendant
6                                                             CONSUMERINFO.COM, INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT CIC'S REQUEST FOR
EVIDENTIARY RULING ON OBJECTIONS
Case No.  EDCV13-1712 GW (DTBx)

## PROOF OF SERVICE

I, Janice Mullins, declare I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  On **September 4, 2014**, I served a copy of the within document(s):

### DEFENDANT CONSUMERINFO.COM, INC.'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS

☒　　by electronic submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

I am readily familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the Court.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  Under said practice, the following CM/ECF user(s) were served:

**Deon Thomas**　　　　　　　　　　　　**Plaintiff**
**14626 Red Gum Street**　　　　　　　　　**IN PRO PER**
**Moreno Valley, CA  92555**
**Telephone:  (951) 413-9071**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 4, 2014**, at Irvine, California.

*/s/Janice Mullins*
Janice Mullins