| | |
|---|---|
| 1 | Nilab N. Rahyar (State Bar No. 272810) |
| 2 | nnrahyar@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive, Suite 800<br>Irvine, CA  92612.4408 |
| 4 | Telephone:  (949) 851-3939<br>Facsimile:   (949) 553-7539 |
| 5 | Attorneys for Defendant |
| 6 | CONSUMERINFO.COM, INC. |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DEON THOMAS,<br><br>            Plaintiff,<br><br>     v.<br><br>CONSUMERINFO.COM, INC.,<br><br>            Defendant. | CASE NO.  EDCV13-1712 GW (DTBx)<br><br>Assigned for all purposes to:<br>Honorable George H. Wu<br><br>**NOTICE OF ERRATA REGARDING ELECTRONIC FILING DOCUMENT NO. 58 DECLARATION OF NILAB N. RAHYAR IN SUPPORT OF DEFENDANT CONSUMERINFO.COM, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO STATEMENT OF GENUINE ISSUES**<br><br>*[Reply to Plaintiff's Response to Statement of Genuine Issues; Request for Evidentiary Ruling on Specified Objections Filed Concurrently Herewith]*<br><br>Hearing Date: September 11, 2014<br>Time:               8:30 a.m.<br>Courtroom:     10 |

IRI-360066462v1

NOTICE OF ERRATA
CASE NO.  EDCV13-1712 GW (DTBx)

PLEASE TAKE NOTICE that Defendant Consumerinfo.com, Inc. filed the Declaration of Nilab N. Rahyar In Support of Defendant Consumerinfo.com, Inc.'s Reply to Plaintiff's Response to Statement of Genuine as electronically filed document No. 58. This document was incorrectly filed and will be refilled.

| Dated: September 4, 2014 | JONES DAY<br><br>By: */s/ Nilab N. Rahyar*<br>     Nilab N. Rahyar<br><br>Attorneys for Defendant<br>CONSUMERINFO.COM, INC. |
|---|---|

# PROOF OF SERVICE

I, Janice Mullins, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **September 4, 2014**, I served a copy of the within document(s):

**NOTICE OF ERRATA REGARDING ELECTRONIC FILING OF DOCUMENT NO. 58 DECLARATION OF NILAB N. RAHYAR IN SUPPORT OF DEFENDANT CONSUMERINFO.COM, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO STATEMENT OF GENUINE ISSUES**

☒ by electronic submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

I am readily familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF user(s) were served:

**Deon Thomas**  **Plaintiff**
**14626 Red Gum Street**  **IN PRO PER**
**Moreno Valley, CA 92555**
**Telephone: (951) 413-9071**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 4, 2014**, at Irvine, California.

*/s/ Janice Mullins*
Janice Mullins

IRI-360066462v1     - 3 -     NOTIICE OF ERRATA
CASE NO. EDCV13-1712 GW (DTBx)