Nilab N. Rahyar (State Bar No. 272810)
nnrahyar@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
CONSUMERINFO.COM, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DEON THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>CONSUMERINFO.COM, INC.,<br><br>    Defendant. | CASE NO.  EDCV13-1712 GW (DTBx)<br><br>Assigned for all purposes to:<br>Honorable George H. Wu<br><br>**DECLARATION OF NILAB N. RAHYAR IN SUPPORT OF DEFENDANT CONSUMERINFO.COM, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO STATEMENT OF GENUINE ISSUES**<br><br>*[Reply to Plaintiff's Response to Statement of Genuine Issues; Request for Evidentiary Ruling on Specified Objections Filed Concurrently Herewith]*<br><br>Hearing Date: September 11, 2014<br>Time:                 8:30 a.m.<br>Courtroom:      10 |

I, Nilab N. Rahyar, declare and state as follows:

1. I am the attorney of record for ConsumerInfo.com, Inc. ("CIC") in this matter, and am duly licensed to practice before all courts in the State of California. I have personal knowledge of the following facts, and if called upon to testify, I would and could competently testify thereto.

2. At the July 31, 2014 hearing on the parties' cross motions for summary judgment, the Court requested additional information from CIC relating to its records of Plaintiff's credit card information, and granted Plaintiff an opportunity to cure his failure to file a Response to Statement of Genuine Issues in support of his motion. To that end, the Court instructed CIC to resubmit its Statement of Genuine issues to trigger Plaintiff's response thereto. The briefing schedule was set as follows: CIC to file its Statement of Genuine Issues and supplemental information by August 14, 2014; Plaintiff to file Response to Statement of Genuine Issues by August 25, 2014; CIC to file a reply, if any, by September 4, 2014.

3. On August 1, 2014, the Court issued a Minute Order stating, in part, that CIC is to file a "statement of uncontroverted facts," Plaintiff's response thereto being due on August 25, 2014. Based on the Court's final instruction to the parties at the July 31, 2014 hearing, which in part permitted Plaintiff to cure his failure to file a response to CIC's timely Statement of Genuine Issues, I understood the "statement of uncontroverted facts" to mean a resubmission of CIC's Statement of Genuine Issues filed in opposition to Plaintiff's motion. To confirm my understanding, I e-mailed the clerk of the Court on August 1, 2014, who confirmed the same. On the same date, I received a voice message from Plaintiff requesting clarification of the additional briefing ordered by the Court, and returned the call promptly, conveying the information confirmed to me.

4. In addition to filing his Response to Statement of Genuine Issues and supporting declaration, Plaintiff also filed two separate Statements of Genuine Issues in opposition to CIC's motion, which the Court stated CIC already properly responded to at the July 31, 2014 hearing. Plaintiff further filed an opposition to CIC's motion to seal the Confidential Declaration of David Williams and Exhibits Thereto, which was granted by this Court on August 22, 2014.

/ / /

/ / /

1       I declare under penalty of perjury that the foregoing is true and correct, and
2 that this declaration was executed on September 4, 2014, in Irvine, California.

                                              */s/ Nilab N. Rahyar*
                                              Nilab N. Rahyar

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |

I, Janice Mullins, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On **September 4, 2014**, I served a copy of the within document(s):

**DECLARATION OF NILAB N. RAHYAR IN SUPPORT OF DEFENDANT CONSUMERINFO.COM, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO STATEMENT OF GENUINE ISSUES**

☒ by electronic submission: submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

I am readily familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF user(s) were served:

**Deon Thomas**                                             **Plaintiff**
**14626 Red Gum Street**                          **IN PRO PER**
**Moreno Valley, CA  92555**
**Telephone:  (951) 413-9071**

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 4, 2014**, at Irvine, California.

                                                 */s/ Janice Mullins*
                                                 Janice Mullins