UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 13-1712-GW(DTBx) | Date | September 25, 2014 |
| Title | *Deon Thomas v. Consumerinfo.com, Inc.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Deon Thomas, pro per - by telephone | Nilab N. Rahyar |

**PROCEEDINGS:**   **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT CONSUMERINFO.COM, INC. [23];**

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [29];**

**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PROSECUTE AND APPEAR ON SEPTEMBER 11, 2014**

Court and counsel confer. Based on the Tentative Ruling issued on September 11, 2014 and for reasons stated on the record, the above-entitled motions are DENIED. The order to show cause is DISCHARGED.

A scheduling conference is set for October 9, 2014 at 8:30 a.m. Parties may appear telephonically provided that notice is given to the clerk at least two business days prior to the hearing.

**cc: Pro Se Plaintiff**

| | : | 11 |
|---|---|---|
| | Initials of Preparer | JG |